# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Lamar C Chapman III, et al.
                              Plaintiff,

v.                                                     Case No.: 1:07–cv–06531
                                                     Honorable Ruben Castillo

KIm Widup, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 28, 2007:

      MINUTE entry before Judge Ruben Castillo :This lawsuit appears to be a refiling of lawsuit 07 C 2174 which was dismissed by this Court on 5/16/2007. This case is hereby dismissed without prejudice until Plaintiff files a written statement which details how he has complied with the prior rulings of this Court.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.