## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LAMAR C. CHAPMAN III, | Case Number 1:07-cv-06531 |
| *Plaintiff,* | |
| -vs- | Honorable Ruben Castillo, *Judge Presiding* |
| THE UNITED STATES MARSHAL, for the NORTHERN DISTRICT OF ILLINOIS; KIM WIDUP, *in his individual and official capacity*; GARTH G. REHBERG, a/k/a "The Hammer" *in his individual and official capacity*; UNKNOWN DEPUTY MARSHALS for the UNITED STATES MARSHAL GREAT LAKES FUGITIVE RECOVERY UNIT; DAVID PEARLMAN; MICHELE UTHE; *and* J. RUSSELL GEORGE, *in their individual capacity,* | Honorable Sidney I. Schenkier *United States Magistrate* <br><br> *Civil Rights Lawsuit* <br> *42 United States Code Sections, 1983, 1988, et al.* |
| *Defendants.* | |



FILED
JAN - 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF MOTION

TO: Patrick J. Fitzgerald, *Esq.*　　　　　　William W. Dobbins
　　United States Attorney　　　　　　　　　Clerk of the Court
　　c/o Thomas P. Walsh, *Esq.*　　　　　　Eastern Division
　　Assistant United States Attorney　　　　Everett McKinley Dirksen
　　219 South Dearborn Street　　　　　　　United States Courthouse - 20th Floor
　　Chicago, IL 60604　　　　　　　　　　　219 South Dearborn Street
　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60604

　　*SEE ATTACHED SERVICE LIST*

　　*PLEASE TAKE NOTICE* that on Tuesday, January 15, 2008, at the hour of 9:45 AM, or such other time as the Plaintiff shall be heard, I will appear before the Court, Honorable Ruben Castilllo, Judge Presiding in the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois 60604, in the courtroom usually occupied by him in Courtroom 2141 or before such other judge who may be presiding in his place and stead, and at said time, and place shall then and there present **PLAINTIFF'S MOTION FOR REINSTATEMENT OF ABOVE-CAPTIONED LAWSUIT**, *at which time and place you are invited to appear if you so see fit.*

## PROOF OF SERVICE

      LAMAR C. CHAPMAN III, Non-Attorney, Non-Lawyer, Plaintiff, *Pro Se*, being first duly sworn and under oath, and in consideration of the penalties of perjury states that he served this Notice and all relevant attachments on the above-named parties or their designated representative *via* first class United States Mail, addressed as indicated and mailed from the United States Postal Facility located at Adams and Dearborn Streets, Chicago, Illinois 60604 with proper postage fully prepaid on Wednesday, January 2, 2008, before the hour of 5:00 PM.

                                                                       LAMAR C. CHAPMAN III, Plaintiff, *Pro Se*

Non-Attorney, Non-Lawyer  
Plaintiff, *Pro Se*  
LAMAR C. CHAPMAN III, *Solo Fides*  
Alexander, Cavanaugh & Block, LLC  
1314 Kensington Road  
Post Office Box 5232  
Oak Brook, IL 60523-5232  
Telephone (630) 881-1936  
Email: lasallecompanies@aol.com

# SERVICE LIST
## AND
## SUPPLEMENTAL INQUIRY SERVICE LIST

Honorable Richard J. Durbin
Member – United States Senate
230 South Dearborn Street, Suite 3892
Chicago, IL 60604
*Supplemental Inquiry Courtesy Copy*

Honorable Barrack Obama
Member – United States Senate
c/o Jennifer Mason
Director of Constituents Services
230 South Dearborn Street, Suite 3900
Chicago, Illinois 60604
*Supplemental Inquiry Courtesy Copy*

Honorable Judith Biggert
Member U.S. House of Representative
13th Congressional District of Illinois
6262 S. Route 83, Suite 305
Willowbrook, IL 60527
*Supplemental Inquiry Courtesy Copy*

Honorable James F. Holderman
Chief Judge – Executive Committee
United States District Court
Northern District Illinois – Eastern Division
United States Courthouse
219 South Dearborn Street – Room 2541
Chicago, IL 60604
*Courtesy Copy*

Honorable Ruben Castillo
United States District Court Judge
United States Courthouse
219 South Dearborn Street – Room 2141
Chicago, IL 60604
*Courtesy Copy*

Honorable Sidney I. Schenkier
United States Magistrate Judge
United States Courthouse
219 South Dearborn Street – Room 1700
Chicago, IL 60604
*Courtesy Copy*

1

(Continued)

Honorable Michael MuKasey
United States Attorney General
Office of the Attorney General
950 Pennsylvania Avenue
Washington, DC 20530-0001
*Supplemental Inquiry Copy*

Mr. Wan J. Kim, Esq.
Assistant United States Attorney
UNITED STATES JUSTICE DEPARTMENT
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
*Supplemental Inquiry Copy*

Mr. Glenn A. Fine
Inspector General
United States Department of Justice
810 7th Street, NW
Washington, DC 20531
*Supplemental Inquiry Copy*

Mr. George L. Dorsett
Special Agent in Charge
Office of the Inspector General
P.O. Box 16666
Washington, DC 20041-6666
*Supplemental Inquiry Copy*

Mr. David Allred
U.S. Department of Justice
Office of Professional Responsibility
20 Massachusetts Avenue NW
Washington, DC 20530
*Supplemental Inquiry Copy*

Mr. John F. Clark
United States Marshal
c/o C. Dudley, Chief of Staff
Office of the United States Marshal
CS-3, Suite 1200
Washington, DC 20532
*Supplemental Inquiry Copy*

Ms. Kimberly K. Masini
Supervising U.S. Probation Officer
c/o Mr. Jay Nichols – U.S. Probation Officer
United States District Court
Arboretum Lakes
801 Warrenville Road, Suite 75
Lisle, IL 60532
*Courtesy Copy*

Ms. Marlo Butler
Senior Parole Agent
AURORA PAROLE OFFICE
325 E. Galena Boulevard
Aurora, IL 60605
*Courtesy Copy*

Mr. Lamar C. Chapman III
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232
*Mail Verification Copy*

## DEFENDANTS WHO HAVE FAILED TO WAIVE SERVICE OF SUMMONS

Mr. J. Russell George, *Esq.*
Treasury Inspector General for Tax Administration
United States Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

Ms. Michele Uthe
United States Department of the Treasury
INTERNAL REVENUE SERVICE
Criminal Investigations Unit
230 South Dearborn Street – 14th Floor
Chicago, IL 60604

Mr. David Pearlman, Collector
United States Department of the Treasury
INTERNAL REVENUE SERVICE
8125 North River Drive
Morton Grove, IL 60053

3

(Continued)

Mr. Kim Widup, *in his individual capacity*
The United States Marshal - Northern District of Illinois
OFFICE OF THE UNITED STATES MARSHAL
United States District Courthouse
219 South Dearborn Street
Chicago, IL 60604

The United States Marshal
Any and All Members of the
 Great Lakes Fugitive Recovery Unit
C/O Mr. Kim Widup, U.S. Marshal
United States District Courthouse
219 South Dearborn Street
Chicago, IL 60604

Mr. Kim Widup, on behalf of the
United States Marshal
OFFICE OF THE UNITED STATES MARSHAL
United States District Courthouse
219 South Dearborn Street
Chicago, IL 60604

Mr. Garth Rehberd
Deputy United States Marshall
OFFICE OF THE UNITED STATES MARSHAL
United States District Courthouse
219 South Dearborn Street
Chicago, IL 60604

* Mr. Patrick J. Fitzgerald, *Esq.*
  United States Attorney for the
  Northern District of Illinois – Eastern Division
  c/o Mr. Thomas P. Walsh, *Esq.*
  Assistant United States Attorney
  OFFICE of the UNITED STATES ATTORNEY
  219 South Dearborn Street, Suite 500
  Chicago, IL 60604

 *Mr. Walsh appeared on behalf of the government in previously (07-cv-2174) dismissed case.

4