## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6531 | **DATE** | 1/15/2008 |
| **CASE TITLE** | Lamar C. Chapman, III vs. United States Marshal for the Northern District of Illinois, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 1/15/2008. Plaintiff's pro se motion to reinstate above-captioned lawsuit or in the alternative verified advisement of compliance with ruling of the court [3] is granted. Plaintiff is directed to immediately serve the complaint. Parties to file a joint status report on or before 2/15/2008. The Court will hold a status hearing in open court on 2/21/2008 at 9:30 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|

Case 1:07-cv-06531   Document 5   Filed 01/15/2008   Page 1 of 1

07C6531 Lamar C. Chapman, III vs. United States Marshal for the Northern District of Illinois, et al.   Page 1 of 1