**FILED**
JAN 18 2008
1-18-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAMAR C. CHAPMAN III, | Case Number 1:07-cv-06531 |
| *Plaintiff,* | |
| -vs- | Honorable Ruben Castillo, *Judge Presiding* |
| THE UNITED STATES MARSHAL, for the NORTHERN DISTRICT OF ILLINOIS; KIM WIDUP, *in his individual and official capacity;* GARTH G. REHBERG, a/k/a "The Hammer" *in his individual and official capacity*; UNKNOWN DEPUTY MARSHALS for the UNITED STATES MARSHAL GREAT LAKES FUGITIVE RECOVERY UNIT; DAVID PEARLMAN; MICHELE UTHE; *and* J. RUSSELL GEORGE, *in their individual capacity,* | Honorable Sidney I. Schenkier *United States Magistrate* |
| | *Civil Rights Lawsuit* 42 *United States Code Sections, 1983, 1988, et al.* |
| | Previous Case Number: 07-cv-2174 |
| *Defendants.* | |

## MOTION TO ISSUE THE SUMMONS OF THE COURT

*NOW COMES PLAINTIFF*, Lamar C. Chapman III, Non-Attorney, Non-Lawyer, *Pro Se* and pursuant to Rule 4(b) of the Federal Rules of Civil Procedure respectfully prays that this Honorable Court will admonish the Clerk of the Court to issue the Summons of the Court. And in support of this motion and for this Honorable Court to make a reasonable decision, Plaintiff states as follows:

1.  On April 9, 2007, the unrepresented Plaintiff filed *via* first class mail, the above-captioned civil rights lawsuit and tendered all of the required forms copies and paid the required filing fee.

2.  On May 16, 2007, this Court *sua sponte*, summarily and incorrectly dismissed this lawsuit *"because the Plaintiff did not get permission from the Executive Committee to file this lawsuit; and Plaintiff's lawsuit relates to a federal criminal case and appears to be barred by principles of qualified and official immunity."*

1

3. On November 13, 2007, the Executive Committee of the United States District Court for the Northern District of Illinois, Eastern Division, Honorable James F. Holderman, Chief Judge Presiding granted Plaintiff's Motion for Leave to File the Above-Captioned lawsuit.

4. On November 20, 2007, the Clerk of the Court following the admonishment and order of the Executive Committee re-filed Plaintiff's civil rights complaint.

5. On November 28, 2007, this Court, Honorable Rueben Castillo, Judge Presiding, once again dismissed this lawsuit without prejudice conditioned upon the unrepresented Plaintiff advising the Court on his compliance with all of the rulings of the Court.

6. On June 2, 2008, the unrepresented Plaintiff filed responsive pleadings and on January 15, 2008, this Court, granted the Plaintiff's Motion to Re-instate and reinstated the above-captioned lawsuit.

7. On January 15, 2008, in open-court Judge Castillo admonished the Plaintiff to have Summons issued and to proceed with service of the same.

8. On Thursday, January 17, 2008, the unrepresented Plaintiff presented the attached seven (7) original and seven (7) copies of the Summons of the Court to the Clerk of the Court. The Clerk of the Court refused to issue the Summons of the Court without an Order of Court. See, **Exhibit A**, *attached hereto and made a part hereof.*

9. Rule 4(b) of the Federal Rules of Civil Procedure controls and provides the following in relevant part:

### RULE 4. SUMMONS

(b) Issuance. *Upon or after filing the complaint, the plaintiff may present a summons to the clerk for signature and seal. If the summons is in proper form, the clerk shall sign, seal and issue to the plaintiff for service on the defendant.*

2

10. This case has been pending before this Court for almost a year without delays caused by the unrepresented Plaintiff and without any progress in the litigation of the same and assigning civil liability to the Defendants for the lucid violations of Plaintiff's civil rights.

*WHEREFORE*, Lamar C. Chapman III, Non-Attorney, Non-Lawyer, Plaintiff, *Pro Se* respectfully prays that this Honorable Court will enter an order directing the Clerk of the Court to issue the attached Summons for expedited service upon the Defendants without further delay. God Bless America. God Bless this Honorable Court.

*Respectfully submitted,*

_____
LAMAR C. CHAPMAN III, Plaintiff, *Pro Se*

**DATED: January 17, 2008**

Non-Attorney, Non-Lawyer
Plaintiff, *Pro Se*
LAMAR C. CHAPMAN III, *Solo Fides*
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com

**PLAINTIFF'S EXHIBIT GROUP, A**

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

LAMAR C. CHAPMAN III,

              Plaintiff

-vs-

THE UNITED STATES MARSHAL, for the NORTHERN DISTRICT OF ILLINOIS; KIM WIDUP, *in his individual and official capacity*; GARTH G. REHBERG, a/k/a *"The Hammer"* *in his individual and official capacity*; UNKNOWN DEPUTY MARSHALS for the UNITED STATES MARSHAL GREAT LAKES FUGITIVE RECOVERY UNIT; DAVID PEARLMAN; MICHELE UTHE; and J. RUSSELL GEORGE, *in their individual capacity*,

              *Defendants.*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   1:07-cv-06531

ASSIGNED JUDGE:   Ruben Castillo

DESIGNATED MAGISTRATE JUDGE:   Sidney I. Schenkier

TO:

    Kim Widup – C/O Fugitive Recovery Unit
    Deputy United States Marshal
    Office of the United States Marshal
    219 South Dearborn Avenue
    Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Lamar C. Chapman III, *Solo Fides*
    Alexander, Cavanaugh & Block, LLC
    1314 Kensington Road
    Post Office Box 5232
    Oak Brook, IL 60523-5232

an answer to the complaint which is herewith served upon you within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

_____
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

LAMAR C. CHAPMAN III,

        Plaintiff

-vs-

THE UNITED STATES MARSHAL, for the
NORTHERN DISTRICT OF ILLINOIS; KIM
WIDUP, *in his individual and official capacity*;
GARTH G. REHBERG, a/k/a *"The Hammer"*
*in his individual and official capacity*; UNKNOWN
DEPUTY MARSHALS for the UNITED STATES
MARSHAL GREAT LAKES FUGITIVE RECOVERY
UNIT; DAVID PEARLMAN; MICHELE UTHE; and
J. RUSSELL GEORGE, *in their individual capacity*,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07-cv-06531

ASSIGNED JUDGE: Ruben Castillo

DESIGNATED MAGISTRATE JUDGE: Sidney I. Schenkier

TO: Michell Uthe
United States Department of the Treasury
INTERNAL REVENUE SERVICE
230 South Dearborn Street -14th Floor
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lamar C. Chapman III, *Solo Fides*
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232

an answer to the complaint which is herewith served upon you within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                               DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

LAMAR C. CHAPMAN III,

        Plaintiff

-vs-

THE UNITED STATES MARSHAL, for the
NORTHERN DISTRICT OF ILLINOIS; KIM
WIDUP, *in his individual and official capacity*;
GARTH G. REHBERG, a/k/a *"The Hammer"*
*in his individual and official capacity*; UNKNOWN
DEPUTY MARSHALS for the UNITED STATES
MARSHAL GREAT LAKES FUGITIVE RECOVERY
UNIT; DAVID PEARLMAN; MICHELE UTHE; and
J. RUSSELL GEORGE, *in their individual capacity*,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07-cv-06531

ASSIGNED JUDGE: Ruben Castillo

DESIGNATED MAGISTRATE JUDGE: Sidney I. Schenkier

TO: (Name and address of Defendant)

    Kim Widup, United States Marshal
    Dirksen Federal Building
    219 South Dearborn Street
    Fifth Floor
    Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Lamar C. Chapman III, *Solo Fides*
    Alexander, Cavanaugh & Block, LLC
    1314 Kensington Road
    Post Office Box 5232
    Oak Brook, IL 60523-5232

an answer to the complaint which is herewith served upon you within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____            _____
(By) DEPUTY CLERK                                                                    DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

LAMAR C. CHAPMAN III,

             Plaintiff

    -vs-

**SUMMONS IN A CIVIL CASE**

THE UNITED STATES MARSHAL, for the
NORTHERN DISTRICT OF ILLINOIS; KIM
WIDUP, *in his individual and official capacity*;
GARTH G. REHBERG, a/k/a *"The Hammer"*
*in his individual and official capacity*; UNKNOWN
DEPUTY MARSHALS for the UNITED STATES
MARSHAL GREAT LAKES FUGITIVE RECOVERY
UNIT; DAVID PEARLMAN; MICHELE UTHE; and
J. RUSSELL GEORGE, *in their individual capacity*,

             Defendants.

CASE NUMBER: 1:07-cv-06531

ASSIGNED JUDGE: Ruben Castillo

DESIGNATED MAGISTRATE JUDGE: Sidney I. Schenkier

TO: (Name and address of Defendant)

    David Pearlman
    United States Department of the Treasury
    INTERNAL REVENUE SERVICE
    8125 North River Drive
    Morton Grove, IL 60053

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Lamar C. Chapman III, *Solo Fides*
    Alexander, Cavanaugh & Block, LLC
    1314 Kensington Road
    Post Office Box 5232
    Oak Brook, IL 60523-5232

an answer to the complaint which is herewith served upon you within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                     DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

LAMAR C. CHAPMAN III,

Plaintiff

-vs-

**SUMMONS IN A CIVIL CASE**

THE UNITED STATES MARSHAL, for the NORTHERN DISTRICT OF ILLINOIS; KIM WIDUP, *in his individual and official capacity*; GARTH G. REHBERG, a/k/a *"The Hammer"* in his individual and official capacity; UNKNOWN DEPUTY MARSHALS for the UNITED STATES MARSHAL GREAT LAKES FUGITIVE RECOVERY UNIT; DAVID PEARLMAN; MICHELE UTHE; and J. RUSSELL GEORGE, *in their individual capacity*,

Defendants.

CASE NUMBER: 1:07-cv-06531

ASSIGNED JUDGE: Ruben Castillo

DESIGNATED MAGISTRATE JUDGE: Sidney I. Schenkier

TO: J. Russell George, *Esq.*
United States Department of the Treasury
Treasury Inspector General for Tax Administration
1500 Pennsylvania Avenue, NW
Washington, DC 20220

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lamar C. Chapman III, *Solo Fides*
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232

an answer to the complaint which is herewith served upon you within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

LAMAR C. CHAPMAN III,

                 Plaintiff

-vs-

**SUMMONS IN A CIVIL CASE**

THE UNITED STATES MARSHAL, for the NORTHERN DISTRICT OF ILLINOIS; KIM WIDUP, *in his individual and official capacity*; GARTH G. REHBERG, a/k/a *"The Hammer"* *in his individual and official capacity*; UNKNOWN DEPUTY MARSHALS for the UNITED STATES MARSHAL GREAT LAKES FUGITIVE RECOVERY UNIT; DAVID PEARLMAN; MICHELE UTHE; and J. RUSSELL GEORGE, *in their individual capacity,*

CASE NUMBER: 1:07-cv-06531

ASSIGNED JUDGE: Ruben Castillo

DESIGNATED MAGISTRATE JUDGE: Sidney I. Schenkier

TO: (Name and address of Defendant)

           Defendants.

TO:
            Garth Rehberd
            Deputy United States Marshal
            Office of the United States Marshal
            219 South Dearborn Avenue
            Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

            Lamar C. Chapman III, *Solo Fides*
            Alexander, Cavanaugh & Block, LLC
            1314 Kensington Road
            Post Office Box 5232
            Oak Brook, IL 60523-5232

an answer to the complaint which is herewith served upon you within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                                        DATE