*FILED*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

JAN 1 8 2008
1 - 18 -08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LAMAR C. CHAPMAN III,                    ]
                                         ]     **Case Number 1:07-cv-06531**
                        *Plaintiff,*     ]
                                         ]
        -vs-                             ]     Honorable Ruben Castillo,
                                         ]     *Judge Presiding*
THE UNITED STATES MARSHAL,               ]
for the NORTHERN DISTRICT OF             ]     Honorable Sidney I. Schenkier
ILLINOIS; KIM WIDUP, *in his individual* ]     *United States Magistrate*
*and official capacity*; GARTH G.        ]
REHBERG, a/k/a "The Hammer" *in his*     ]     *Civil Rights Lawsuit*
*individual and official capacity*;      ]     *42 United States Code*
UNKNOWN DEPUTY MARSHALS for              ]     *Sections, 1983, 1988, et al.*
the UNITED STATES MARSHAL                ]
GREAT LAKES FUGITIVE RECOVERY            ]     Previous Case Number: 07–cv-2174
UNIT; DAVID PEARLMAN; MICHELE            ]
UTHE; *and* J. RUSSELL GEORGE, *in their*]
*individual capacity,*                   ]
                        *Defendants.*    ]
                                         ]

## NOTICE OF MOTION

TO:     Patrick J. Fitzgerald, *Esq.*           William W. Dobbins
        United States Attorney                  Clerk of the Court
        c/o Thomas P. Walsh, *Esq.*             Eastern Division
        Assistant United States Attorney        Everett McKinley Dirksen
        219 South Dearborn Street               United States Courthouse - 20th Floor
        Chicago, IL 60604                       219 South Dearborn Street
                                                Chicago, IL 60604

        *PLEASE TAKE NOTICE* that on ~~Tuesday~~ WEDNESDAY, January 23 2008, at the hour of 9:45 AM, or
such other time as the Plaintiff shall be heard, I will appear before the Court, Honorable Ruben
Castilllo, Judge Presiding in the United States District Courthouse located at 219 South Dearborn
Street, Chicago, Illinois 60604, in the courtroom usually occupied by him in Courtroom 2141 or
before such other judge who may be presiding in his place and stead, and at said time, and place
shall then and there present **PLAINTIFF'S MOTION TO ISSUE SUMMONS IN THE
ABOVE-CAPTIONED LAWSUIT,** *at which time and place you are invited to appear if you so
see fit.*

## PROOF OF SERVICE

        LAMAR C. CHAPMAN III, Non-Attorney, Non-Lawyer, Plaintiff, *Pro Se*, being first
duly sworn and under oath, and in consideration of the penalties of perjury states that he served
this Notice and all relevant attachments on the above-named parties or their designated
representative *via* personal service on Friday, January 18, 2008, before the hour of 5:00 PM.

_____

LAMAR C. CHAPMAN III, Plaintiff, *Pro Se*

Non-Attorney, Non-Lawyer
Plaintiff, *Pro Se*
LAMAR C. CHAPMAN III, *Solo Fides*
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com