## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6531 | **DATE** | 1/22/2008 |
| **CASE TITLE** | Lamar C. Chapman III vs. The U.S. Marshal for the Northern District of Illinois, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to issue the summons of the Court [7] is granted. The Clerk of Court is directed to issue summons as to all defendants.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|