

AO440 (REV. 1/90) Summons in a Civil Action

# United States District Court
## Northern District of Illinois

**SUMMONS IN A CIVIL ACTION**

**LAMAR C. CHAPMAN, III,**

CASE 07-CV-6531

VS.

JUDGE RUBEN CASTILLO

**UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF ILLINOIS, et al,**

TO:　Kim Widup,

　　　YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff pro se:

NAME:　　　Lamar C. Chapman, III,

ADDRESS:　1314 Kensington Road
　　　　　　Post Office Box 5232
　　　　　　Oak Brook, IL 60523-5232

answer to the complaint which is herewith served upon you, within [20] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL W. DOBBINS, CLERK　　　　January 17, 2008
　　　　　　　　　　　　　　　　　　　　Date

*[signature]*
Deputy Clerk - Angela Revis

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me:^ United States Employees | DATE January 30, 2008 |
|---|---|
| NAME OF SERVER (Print) Agent of the USPS | TITLE Civil Servant – Carrier |

*Check one box below to indicate appropriate method of service:*

[ ] Served personally upon the defendant. Place where served:
950 Pennsylvania Avenue, NW Washington, DC 20530

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[✓] Other (specify): US ATTORNEY – Civil Process Clerk
Label/Receipt Number: 7006 3450 0005 1946 4663
Status: Delivered
Your item was delivered at 11:03 AM on January 30, 2008 in WASHINGTON, DC 20530.

FILED
JAN 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## STATEMENT OF SERVICE FEES

| TRAVEL -0- | SERVICES -0- | TOTAL -0- |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on January 31, 2008
Date

*Electronic Signature on File*
Signature of Server

Washington, DC 20530
Address of Server