IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAMAR C. CHAPMAN III, ] | |
| ] | **Case Number 1:07-cv-06531** |
| *Plaintiff,* ] | |
| -vs- ] | Honorable Ruben Castillo, |
| ] | *Judge Presiding* |
| THE UNITED STATES MARSHAL, ] | |
| for the NORTHERN DISTRICT OF ] | Honorable Sidney I. Schenkier |
| ILLINOIS; KIM WIDUP, *in his individual* ] | *United States Magistrate* |
| *and official capacity*; GARTH G. ] | |
| REHBERG, a/k/a "The Hammer" *in his* ] | *Civil Rights Lawsuit* |
| *individual and official capacity*; ] | *42 United States Code* |
| UNKNOWN DEPUTY MARSHALS for ] | *Sections, 1983, 1988, et al.* |
| the UNITED STATES MARSHAL ] | |
| GREAT LAKES FUGITIVE RECOVERY ] | Previous Case Number: 07-cv-2174 |
| UNIT; DAVID PEARLMAN; MICHELE ] | |
| UTHE; *and* J. RUSSELL GEORGE, *in their* ] | |
| *individual capacity,* ] | |
| *Defendants.* ] | |
| ] | |

### NOTICE OF FILING

TO:  Patrick J. Fitzgerald, *Esq.*          William W. Dobbins
     United States Attorney                 Clerk of the Court
     c/o Thomas P. Walsh, *Esq.*            Eastern Division
     Assistant United States Attorney       Everett McKinley Dirksen
     219 South Dearborn Street              United States Courthouse - 20th Floor
     Chicago, IL 60604                      219 South Dearborn Street
                                            Chicago, IL 60604

SEE ATTACHED SERVICE LIST

FILED
FEB 1 2 2008
2-12-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*PLEASE TAKE NOTICE* that on Tuesday, February 12, 2008, the undersigned filed with the Clerk of the Court the attached **PLAINTIFF'S PROPOSED INITIAL STATUS REPORT**, *as served upon you herewith.*

### PROOF OF SERVICE

LAMAR C. CHAPMAN III, Non-Attorney, Non-Lawyer, Plaintiff, *Pro Se*, being first duly sworn and under oath, and in consideration of the penalties of perjury states that he served this Notice and all relevant attachments on the above-named parties or their designated representative *via* first class U.S. Mail, addressed as indicated and mailed with proper postage prepaid from the United States Postal Facility located on Adams and Dearborn Streets, Chicago, Illinois 60604 on Tuesday, January 12, 2008, before the hour of 5:00 PM.

1

_____
LAMAR C. CHAPMAN III, Plaintiff, *Pro Se*

**DATED: February 12, 2008**

Non-Attorney, Non-Lawyer
Plaintiff, *Pro Se*
LAMAR C. CHAPMAN III, *Solo Fides*
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com

# SERVICE LIST
# AND
# SUPPLEMENTAL INQUIRY SERVICE LIST

Honorable Richard J. Durbin
Member – United States Senate
230 South Dearborn Street, Suite 3892
Chicago, IL 60604
*Supplemental Inquiry Courtesy Copy*

Honorable Barrack Obama
Member – United States Senate
c/o Jennifer Mason
Director of Constituents Services
230 South Dearborn Street, Suite 3900
Chicago, Illinois 60604
*Supplemental Inquiry Courtesy Copy*

Honorable Judith Biggert
Member U.S. House of Representative
13th Congressional District of Illinois
6262 S. Route 83, Suite 305
Willowbrook, IL 60527
*Supplemental Inquiry Courtesy Copy*

Honorable James F. Holderman
Chief Judge – Executive Committee
United States District Court
Northern District Illinois – Eastern Division
United States Courthouse
219 South Dearborn Street – Room 2541
Chicago, IL 60604
*Courtesy Copy*

Honorable Ruben Castillo
United States District Court Judge
United States Courthouse
219 South Dearborn Street – Room 2141
Chicago, IL 60604
*Courtesy Copy*

Honorable Sidney I. Schenkier
United States Magistrate Judge
United States Courthouse
219 South Dearborn Street – Room 1700
Chicago, IL 60604
*Courtesy Copy*

Honorable Michael MuKasey
United States Attorney General
Office of the Attorney General
950 Pennsylvania Avenue
Washington, DC 20530-0001
*Supplemental Inquiry Copy*

Mr. Wan J. Kim, Esq.
Assistant United States Attorney
UNITED STATES JUSTICE DEPARTMENT
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
*Supplemental Inquiry Copy*

Mr. Glenn A. Fine
Inspector General
United States Department of Justice
810 7th Street, NW
Washington, DC 20531
*Supplemental Inquiry Copy*

Mr. George L. Dorsett
Special Agent in Charge
Office of the Inspector General
P.O. Box 16666
Washington, DC 20041-6666
*Supplemental Inquiry Copy*

Mr. David Allred
U.S. Department of Justice
Office of Professional Responsibility
20 Massachusetts Avenue NW
Washington, DC 20530
*Supplemental Inquiry Copy*

Mr. John F. Clark
United States Marshal
c/o C. Dudley, Chief of Staff
Office of the United States Marshal
CS-3, Suite 1200
Washington, DC 20532
*Supplemental Inquiry Copy*

Ms. Kimberly K. Masini
Supervising U.S. Probation Officer
c/o Mr. Jay Nichols – U.S. Probation Officer
United States District Court
Arboretum Lakes
801 Warrenville Road, Suite 75
Lisle, IL 60532
*Courtesy Copy*

Ms. Marlo Butler
Senior Parole Agent
AURORA PAROLE OFFICE
325 E. Galena Boulevard
Aurora, IL 60605
*Courtesy Copy*

Mr. Lamar C. Chapman III
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232
*Mail Verification Copy*

## **DEFENDANTS WHO HAVE FAILED TO WAIVE SERVICE OF SUMMONS**

Mr. J. Russell George, *Esq.*
Treasury Inspector General for Tax Administration
United States Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

Ms. Michele Uthe
United States Department of the Treasury
INTERNAL REVENUE SERVICE
Criminal Investigations Unit
230 South Dearborn Street – 14th Floor
Chicago, IL 60604

Mr. David Pearlman, Collector
United States Department of the Treasury
INTERNAL REVENUE SERVICE
8125 North River Drive
Morton Grove, IL 60053

3

Mr. Kim Widup, *in his individual capacity*
The United States Marshal - Northern District of Illinois
OFFICE OF THE UNITED STATES MARSHAL
United States District Courthouse
219 South Dearborn Street
Chicago, IL 60604

The United States Marshal
Any and All Members of the
  Great Lakes Fugitive Recovery Unit
C/O Mr. Kim Widup, U.S. Marshal
United States District Courthouse
219 South Dearborn Street
Chicago, IL 60604

Mr. Kim Widup, on behalf of the
United States Marshal
OFFICE OF THE UNITED STATES MARSHAL
United States District Courthouse
219 South Dearborn Street
Chicago, IL 60604

Mr. Garth Rehberd
Deputy United States Marshall
OFFICE OF THE UNITED STATES MARSHAL
United States District Courthouse
219 South Dearborn Street
Chicago, IL 60604

* Mr. Patrick J. Fitzgerald, *Esq.*
  United States Attorney for the
  Northern District of Illinois – Eastern Division
  c/o Mr. Thomas P. Walsh, *Esq.*
  Assistant United States Attorney
  OFFICE of the UNITED STATES ATTORNEY
  219 South Dearborn Street, Suite 500
  Chicago, IL 60604

  *Mr. Walsh appeared on behalf of the government in previously (07-cv-2174) dismissed case.

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAMAR C. CHAPMAN III, | Case Number 1:07-cv-06531 |
| *Plaintiff,* | |
| -vs- | Honorable Ruben Castillo, |
| | *Judge Presiding* |
| THE UNITED STATES MARSHAL, | |
| For the NORTHERN DISTRICT OF | Honorable Sidney I. Schenkier, |
| *et., al.,* | *United States Magistrate* |
| *Defendants.* | |
| | Civil Rights Lawsuit |
| | 42 United States Code |
| | Sections, 1983, 1988, *et al.* |
| | |
| | Previous Case Number: 07-cv-2174 |

**PROPOSED INITIAL STATUS REPORT**

Plaintiff, LAMAR C. CHAPMAN III, Non-Attorney, Non-Lawyer, *Pro Se*, and Defendant The United States Marshal for the Northern District of Illinois; Kim Widup in his individual capacity; Garth G. Rehberg, in his individual capacity; Unknown Deputy Marshals for the Great Lakes Fugitive Recovery Unit; David Pearlman; Michele Uthe; and J. Russell George, in their individual capacity ("Defendants"), for their Proposed Joint Initial Status Report, state as follows:

A.  **Nature of Case**

On November 13, 2007, By Order of the Executive Committee of the United States District Court for the Northern District of Illinois, Eastern Division, Honorable James F. Holderman, Chief Judge Presiding, this Court granted the Non-Attorney, Non-Lawyer, *Pro Se*, Plaintiff leave to file this "non-vexatious" civil rights complaint.

The Court has jurisdiction over this action pursuant to 28 U.S.C., Section 1332 as the parties are of citizens of different states; the matter is a federal question and this Court has exclusive jurisdiction over matters involving civil rights issues under 42 U.S.C.,

1

Section 1983, *et seq*. Moreover, the matter in controversy, exclusive of interest and costs, exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00).

The claims and counterclaims or affirmative defenses arise over an alleged violation of the Plaintiff's rights against search of Plaintiff's residence and seizure of Plaintiff's property without any warrant or without probable cause in violation of the fourth amendment of the United States Constitution. See, U.S.C.A, Amendment 4. In particular, Plaintiff contends that the Defendants knowingly disregarded the well-settled provisions of the United States Constitution and came upon the unoccupied property of the Plaintiff, located in a gated and guarded residential community, with knowledge that the property was unoccupied; damaged the property with an aggravated burglarized entry and thoroughly searched the residence. The Defendants contend that, because a purported federal arrest warrant had been issued for the Plaintiff that, Defendants had authorization to enter Plaintiff's unoccupied residence and to search the same. There is no record whatsoever of any court or any judge ever executed any warrant, whatsoever of any kind for the Plaintiff. Also, Affidavits of Security Employees at the Plaintiff's gated and guarded community states with specificity that the guard on duty informed the Defendants that Plaintiff's wife had just left for her office and that Mr. Chapman had not been home for several weeks.

Plaintiff's residence was burglarized of legal papers, briefs and business files. Plaintiff's thirty-five (35) year old gold watch collection containing eight (8) gold wrist watches valued in excess of Thirty-Five Thousand Dollars ($35,000.00) was stolen, compromised or re-appropriated from Plaintiff's historic (*third stop on the underground rail road*) residence. These watches were secured in a wooden storage box and hidden out of plain view.

Since Defendant's conduct was not authorized by any law and is of a criminal nature the United States Attorney; the Inspector General of the United States Justice Department; the U.S. Department of Justice, Office of Professional Responsibility; and the Assistant United States Attorney for the Civil Rights Division has been notified of the foregoing criminal matter, along with both United States Senators Mr. Richard Durbin and Mr. Barack Obama and Congresswoman Judith Biggert of the Thirteenth Congressional District.

The Plaintiff's elderly, octogenarian (81years old) mother has been harassed by the Defendants, at her home along with Plaintiff's wife at her office and Plaintiff's adult daughter, son-in-law and their three (3) infant and toddler children at their suburban residence. Accordingly, Plaintiff seeks injunctive relief (count one); and five other counts for adjudgment of 4th (count two), 5th (count three), 8th (count four), 14th (count five), and 14th (count six) amendments rights violations.

All Defendants have been served with the Summons of the Court and with a copy of Plaintiff's Verified Civil Rights Complaint. Defendants have failed to answer or appear and have refused to waive service of Summons. The *Pro Se*, Plaintiff has made the required Rule 26(a) Initial Disclosure to Defendants pursuant to the Court's standing Order.

The issues raised by the Non-Attorney, Non-Lawyer, *Pro Se*, Plaintiff's respective claims are governed by well-settled provisions of the United States Constitution.

**B.     Proposed Rule 16(b) Scheduling Order:**

February 19, 2008:     Defendants sued in their individual capacity
                       Required to make Rule 26(a) Initial Disclosure;

March 31, 2008:        Government Defendants Required to make Rule 26(a)
                       Initial Disclosure;

3

| | |
|---|---|
| June 30, 2008: | Parties to complete fact discovery; |
| July 30, 2008: | Deadline for parties to file Rule 56 motion for summary judgment (but can be filed sooner) if party chooses to do so; *and* |
| October 30, 2008 | Trial (if case not resolved by summary judgment or settlement) |

The parties do not anticipate joining any other parties or designating any expert witnesses under Rule 26 at this time. The Non-Attorney, Non-Lawyer, Pro Se, Plaintiff will seek to reach a stipulation as to the calculation of damages as to his respective claims in an obligation to attempt to settle this lawsuit.

**C.   Trial Status**

Considering the fact that the Non-Attorney, Non-Lawyer, African American, *Pro Se*, Plaintiff has asked the Office of the Inspector General to look into Defendants' criminal conduct and the fact that there are elements of a hate crime apparent in this matter, Plaintiff's request for a jury trial is duly warranted. Therefore, it is estimated that a trial by jury would not take more than six (6) days.

**D.   Consent to Proceed Before a Magistrate Judge**

At this time, the parties are not willing to consent to proceed before a Magistrate Judge for all proceedings including trial.

**E.   Settlement Status**

The parties attempt to engage in meaningful settlement discussions have not been fruitful based on the allegations set forth in Plaintiff's *"cut and dried" Pro Se*, Civil Rights Complaint.

*Respectfully submitted,*

_____
LAMAR C. CHAPMAN III, Plaintiff, *Pro Se*

4

**DATED: February 11, 2008**

Non-Attorney, Non-Lawyer
Plaintiff, *Pro Se*
LAMAR C. CHAPMAN III, *Solo Fides*
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com

5