# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Lamar C Chapman III

                                  Plaintiff,

v.                                          Case No.: 1:07−cv−06531

                                                  Honorable Ruben Castillo

United States Marshal for the Northern District of Illinois, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 21, 2008:

      MINUTE entry before Judge Ruben Castillo :Status hearing held on 2/21/2008 and continued to 4/1/2008 at 9:00 a.m. Plaintiff appeared pro se. Plaintiff indicated that he has served all defendants and made the required Rule 26(a) disclosure to defendants. All defendants to make a Rule 26(a)(1) disclosure to plaintiff by 3/31/2008. All discovery to be completed on or before 6/30/2008. Any dispositive motions are to be filed on or before 7/30/2008. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.