FILED

FEB 27 2008

Feb 27, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

LAMAR C. CHAPMAN III,

           *Plaintiff,*

-vs-

THE UNITED STATES MARSHAL,
for the NORTHERN DISTRICT OF
ILLINOIS; KIM WIDUP, *in his individual
and official capacity*; GARTH G.
REHBERG, a/k/a "The Hammer" *in his
individual and official capacity*;
UNKNOWN DEPUTY MARSHALS for
the UNITED STATES MARSHAL
GREAT LAKES FUGITIVE RECOVERY
UNIT; DAVID PEARLMAN; MICHELE
UTHE; *and* J. RUSSELL GEORGE, *in their
individual capacity,*

           *Defendants.*

Case Number 1:07-cv-06531

Honorable Ruben Castillo,
*Judge Presiding*

Honorable Sidney I. Schenkier
*United States Magistrate*

*Civil Rights Lawsuit
42 United States Code
Sections, 1983, 1988, et al.*

Previous Case Number: 07–cv-2174

## MOTION FOR DEFAULT ORDER

*NOW COMES PLAINTIFF*, Lamar C. Chapman III, Non-Attorney, Non-Lawyer,

*Pro Se,* and pursuant to Rule 55 (a), *et seq.*, of the Federal Rules of Civil Procedure,

respectfully moves this Honorable Court for a Default Order entered against defaulted

Defendants, Kim Widup; Garth G. Rehberg; David Pearlman; Michele Uthe; and J.

Russell George, as sued in their individual capacity. And in support of this Motion,

Plaintiff states as follows:

    1.    On April 9, 2007, the unrepresented Plaintiff filed with the Clerk of the

Court a multi-count verified civil rights lawsuit to redress the blatant violation of the

Fourth Amendment of the United States Constitution, U.S.C.A., Amend 4th.

    2.    On or about April 16, 2007, the unrepresented Plaintiff mailed to each

Defendant the required Notice, Copy of Plaintiff's Verified Complaint; and Request for

Waiver of Service of Summons.

4

3.    Each Defendant failed and refused to Waive Service of Summons.

4.    On or about May 16, 2007, this Honorable Court summarily and *sua sponte,* dismissed the Plaintiff's civil rights lawsuit because it appeared that the Defendants were protected by qualified immunity and that the Plaintiff failed to get permission of the Executive Committee of this Court to file this lawsuit.

5.    On or about October 16, 2007, this Honorable Court denied Plaintiff's May 18, 2007, Motion for Reconsideration.

6.    On or about November 13, 2007, the Executive Committee of the United States District Court, Honorable James F. Holderman, Chief Judge Presiding, entered the order of the Executive Committee granting the unrepresented Plaintiff leave to file the above-captioned Verified Civil Rights lawsuit.

7.    On November 20, 2007, the Clerk of the Court re-instated the above-captioned lawsuit and on December 22, 2008, this Honorable Court granted the unrepresented Plaintiff's Motion to Issue the Summons of the Court.

8.    On January 31, 2008, Defendants Kim Widup; Garth G. Rehberg; David Pearlman; Michele Uthe; and J. Russell George were served with the Summons of the Court and a copy of Plaintiff Verified Civil Rights Complaint.

9.    Defendants' answers and appearances were due on or before February 20, 2008. Defendants have intentionally failed to acknowledge any correspondence from the Plaintiff and have failed to obey the Federal Rules of Civil Procedure. Moreover, the Defendants have failed to appear before the Court for the Court's initial Status Hearing.

10.    Rule 55 of the Federal Rules of Civil Procedure provides in relevant and verbatim parts:

### Rule 55.    Default

(a) Entry. When a party against whom a judgment for affirmative

relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

11.    The Defendants have intentionally delayed this Honorable Court and the unrepresented Plaintiff and a default order is duly warranted as a matter of well-settled law. *See, true and correct copies of served Summons of the Court, attached hereto and made a part hereof as* **Exhibit Group, A**

*WHEREFORE*, Lamar C. Chapman III, Non-Attorney, Non-Lawyer, Plaintiff, *Pro Se*, respectfully prays for an Order of Default and to have this part of the defaulted proceedings transferred to the Honorable Sidney I. Schenkier, Magistrate Judge for prove-up; and for such further relief that is morally and lawfully warranted considered the foregoing. GOD BLESS AMERICA – GOD SAVE THIS COURT.

*Very Respectfully Submitted,*

_____
LAMAR C. CHAPMAN III, Plaintiff, *Pro Se*

**February 26, 2008**

Non-Attorney, Non-Lawyer
Plaintiff, *Pro Se*
LAMAR C. CHAPMAN III, *Solo Fides*
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com

# PLAINTIFF'S EXHIBIT GROUP, A

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6531 | **DATE** | 1/22/2008 |
| **CASE TITLE** | Lamar C. Chapman III vs. The U.S. Marshal for the Northern District of Illinois, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to issue the summons of the Court [7] is granted. The Clerk of Court is directed to issue summons as to all defendants.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|

COPY

AO 398 (Rev. 12/93)

## NOTICE OF LAWSUIT AND REQUEST FOR
## WAIVER OF SERVICE OF SUMMONS

TO:    (A)  **J. RUSSELL GEORGE, ESQ.**

as  (B)  **Inspector General – Tax Admin.**    of (C)    **U.S. Department of Treasury**

    A lawsuit has been commenced against you (or the entity on whose behalf you are addressed.) A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the (D)    **Northern**    District of    **Illinois**

and has been assigned docket number (E)  **07 CV 2174**    .

    This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F)  **30**  days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost–free return) for your use. An extra copy of the waiver is also attached for your records.

    If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States.)

    If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

    I affirm that this request is being sent to you on behalf of the plaintiff, this  **27th**    day of **APRIL**    ,    **2007**    .

                                    Signature of Plaintiff's Attorney
                                    or Unrepresented Plaintiff

A — Name of individual defendant (or name of officer or agent of corporate defendant)
B — Title, or other relationship of individual to corporate defendant
C — Name of corporate defendant, if any
D — District
E — Docket number of action

AO 399 (Rev. 10/95)



## WAIVER OF SERVICE OF SUMMONS

TO: **LAMAR C. CHAPMAN III, Plaintiff, *Pro Se***
_____

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

**KIM WIDUP, *in his individual capacity***

I, _____ , acknowledge receipt of your request

(DEFENDANT NAME)

that I waive service of summons in the action of **CHAPMAN vs. U.S. MARSHAL, et., al.**
_____ ,

(CAPTION OF ACTION)

which is case number _____**07 CV 2174**_____ in the United States District Court

(DOCKET NUMBER)

for the _____**Northern**_____ District of _____**Illinois**_____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting)
if an answer or motion under Rule 12 is not served upon you within 60 days after **April 27, 2007**
_____

(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

_____          _____
(DATE)                                              (SIGNATURE)
                                                       **KIM WIDUP**

Printed/Typed Name: **United States Marshal**

As _____ of _____**Northern District**_____

(TITLE)                                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time,



AO 399 (Rev. 10/93)

## WAIVER OF SERVICE OF SUMMONS

TO: _____ **LAMAR C. CHAPMAN III, Plaintiff, Pro Se** _____

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, _____ **DAVID PEARLMAN**, *in his individual capacity* _____, acknowledge receipt of your request

(DEFENDANT NAME)

that I waive service of summons in the action of _____ **CHAPMAN** *vs.* **U.S. MARSHAL, et., al.** _____,

(CAPTION OF ACTION)

which is case number _____ **07 CV 2174** _____ in the United States District Court

(DOCKET NUMBER)

for the _____ **Northern** _____ District of _____ **Illinois** _____.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means
by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this
lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in
the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to
the jurisdiction or venue of the court except for objections based on a defect in the summons or in the
service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting)
if an answer or motion under Rule 12 is not served upon you within 60 days after _____ April 27, 2007 _____,

(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

_____        _____
(DATE)                          (SIGNATURE)

Printed/Typed Name: _____ **DAVID PEARLMAN** _____

As _____ **Internal Revenue Service** _____ of _____ **Tax Collector** _____
        (TITLE)                                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

**COPY**

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: _____ **LAMAR C. CHAPMAN III, Plaintiff,** *Pro Se*
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, _____ **MICHELE UTHE,** *in her individual capacity* _____ , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of _____ **CHAPMAN** vs. **U.S. MARSHAL,** et., al.
(CAPTION OF ACTION)

which is case number _____ **07 CV 2174** _____, in the United States District Court
(DOCKET NUMBER)

for the _____ **Northern** _____ District of _____ **Illinois** _____.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means
by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this
lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in
the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to
the jurisdiction or venue of the court except for objections based on a defect in the summons or in the
service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting)
if an answer or motion under Rule 12 is not served upon you within 60 days after **April 27, 2007** _____
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

_____     _____
(DATE)                         (SIGNATURE)

Printed/Typed Name: _____ **MICHELE UTHE** _____

As _____ **Internal Revenue Service** _____ of _____ **Tax Administration** _____
(TITLE)                                        (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 398 (Rev. 12/93)



# NOTICE OF LAWSUIT AND REQUEST FOR
# WAIVER OF SERVICE OF SUMMONS

TO:  (A)  **GARTH REHBERD,** *in his individual capacity*

as (B) Deputy United States Marshal          Northern District of Illinois
of (C)

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed.) A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the (D) Northern          District of          Illinois

and has been assigned docket number (E) 07 CV 2174

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) 30 days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States.)

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this 27th _____ day of

**APRIL** _____ , 2007 .

_____
Signature of Plaintiff's Attorney
or Unrepresented Plaintiff

A — Name of individual defendant (or name of officer or agent of corporate defendant)
B — Title, or other relationship of individual to corporate defendant
C — Name of corporate defendant, if any
D — District
E — Docket number of action

# CHAPMAN

1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com

*April 27, 2007*

**FIRST CLASS U.S. MAIL**

Michele Uthe
United States Department of the Treasury
INTERNAL REVENUE SERVICE
Criminal Investigations Unit
230 South Dearborn Street – 14TH Floor
Chicago, IL 60604



RE: **Chapman vs. The United States Marshal,** *et al.,*
**Case Number 07 CV 2174 – Honorable Rueben Castillo, Presiding**
**REQUEST TO WAIVE SERVICE OF SUMMONS**

Dear Ms. Uthe:

Please be advised that in accordance with Rule 4(d) of the Federal Rules of Civil Procedure the undersigned hereby gives notice and request to waive service of summons in the above-referenced matter.

Enclosed, please find a true and correct copy of the Summons and Verified Complaint filed against you in The United States District Court for the Northern District of Illinois, Eastern Division. I have also enclosed the official form which outlines your responsibility and the consequence of compliance and of failure to comply with this request as required by the Rules of Civil Procedure. In addition, a self-addressed, postage prepaid envelope is enclosed along with the required extra copies of the notice and request.

Please be kindly reminded that if a defendant located within the United States fails to comply with a request for waiver made by a plaintiff located within the United States, the court shall impose the costs subsequently incurred in effecting service on the defendant unless good cause for the failure is shown. Therefore, Rules of the Court requires you to return the fully executed waiver to the attention of the undersigned within thirty (30) days from the date of this request.

Thank you for your time, effort and professional consideration.

*Very truly yours,*

L. CHRISTOPHER CHAPMAN III

LCIII:dv
Enclosures – *as stated*

# CHAPMAN

1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com

*April 27, 2007*

**FIRST CLASS U.S. MAIL**

Garth Rehberd
Deputy United States Marshal
OFFICE OF THE UNITED STATES MARSHAL
United States District Courthouse
219 South Dearborn Street – 5TH Floor
Chicago, IL 60604



RE: **Chapman vs. The United States Marshal,** *et al.,*
**Case Number 07 CV 2174 – Honorable Rueben Castillo, Presiding**
**REQUEST TO WAIVE SERVICE OF SUMMONS**

Dear Mr. Rehberd:

Please be advised that in accordance with Rule 4(d) of the Federal Rules of Civil Procedure the undersigned hereby gives notice and request to waive service of summons in the above-referenced matter.

Enclosed, please find a true and correct copy of the Summons and Verified Complaint filed against you in The United States District Court for the Northern District of Illinois, Eastern Division. I have also enclosed the official form which outlines your responsibility and the consequence of compliance and of failure to comply with this request as required by the Rules of Civil Procedure. In addition, a self-addressed, postage prepaid envelope is enclosed along with the required extra copies of the notice and request.

Please be kindly reminded that if a defendant located within the United States fails to comply with a request for waiver made by a plaintiff located within the United States, the court shall impose the costs subsequently incurred in effecting service on the defendant unless good cause for the failure is shown. Therefore, Rules of the Court requires you to return the fully executed waiver to the attention of the undersigned within thirty (30) days from the date of this request.

Thank you for your time, effort and professional consideration.

*Very truly yours,*

L. CHRISTOPHER CHAPMAN III

LCIII:dv
Enclosures – *as stated*

# CHAPMAN

1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com

*April 27, 2007*

## FIRST CLASS U.S. MAIL

J. Russell George, Esq.
Treasury Inspector General for Tax Administration
United States Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220



> **RE: Chapman vs. The United States Marshal,** *et al.,*
> **Case Number 07 CV 2174 – Honorable Rueben Castillo, Presiding**
> **REQUEST TO WAIVE SERVICE OF SUMMONS**

Dear Mr. George:

Please be advised that in accordance with Rule 4(d) of the Federal Rules of Civil Procedure the undersigned hereby gives notice and request to waive service of summons in the above-referenced matter.

Enclosed, please find a true and correct copy of the Summons and Verified Complaint filed against you in The United States District Court for the Northern District of Illinois, Eastern Division. I have also enclosed the official form which outlines your responsibility and the consequence of compliance and of failure to comply with this request as required by the Rules of Civil Procedure. In addition, a self-addressed, postage prepaid envelope is enclosed along with the required extra copies of the notice and request.

Please be kindly reminded that if a defendant located within the United States fails to comply with a request for waiver made by a plaintiff located within the United States, the court shall impose the costs subsequently incurred in effecting service on the defendant unless good cause for the failure is shown. Therefore, Rules of the Court requires you to return the fully executed waiver to the attention of the undersigned within thirty (30) days from the date of this request.

Thank you for your time, effort and professional consideration.

Very truly yours,

L. CHRISTOPHER CHAPMAN III

LCIII:dv
Enclosures – *as stated*

# CHAPMAN

1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com

*April 27, 2007*

**FIRST CLASS U.S. MAIL**

COPY

David Pearlman, Collector
United States Department of the Treasury
INTERNAL REVENUE SERVICE
8125 North River Drive
Morton Grove, IL 60053

> **RE: Chapman vs. The United States Marshal, *et al.*,**
> **Case Number 07 CV 2174 – Honorable Rueben Castillo, Presiding**
> **REQUEST TO WAIVE SERVICE OF SUMMONS**

Dear Mr. Pearlman:

Please be advised that in accordance with Rule 4(d) of the Federal Rules of Civil Procedure the undersigned hereby gives notice and request to waive service of summons in the above-referenced matter.

Enclosed, please find a true and correct copy of the Summons and Verified Complaint filed against you in The United States District Court for the Northern District of Illinois, Eastern Division. I have also enclosed the official form which outlines your responsibility and the consequence of compliance and of failure to comply with this request as required by the Rules of Civil Procedure. In addition, a self-addressed, postage prepaid envelope is enclosed along with the required extra copies of the notice and request.

Please be kindly reminded that if a defendant located within the United States fails to comply with a request for waiver made by a plaintiff located within the United States, the court shall impose the costs subsequently incurred in effecting service on the defendant unless good cause for the failure is shown. Therefore, Rules of the Court requires you to return the fully executed waiver to the attention of the undersigned within thirty (30) days from the date of this request.

Thank you for your time, effort and professional consideration.

*Very truly yours,*

L. CHRISTOPHER CHAPMAN III

LCHI:dv
Enclosures – *as stated*

# CHAPMAN

1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com

_April 27, 2007_



**FIRST CLASS U.S. MAIL**

Kim Widup, in his individual capacity
The United States Marshal
OFFICE OF THE UNITED STATES MARSHAL
United States District Courthouse
219 South Dearborn Street – 5TH Floor
Chicago, IL 60604

> **RE:  Chapman vs. The United States Marshal, _et al._,**
> **Case Number 07 CV 2174 – Honorable Rueben Castillo, Presiding**
> **REQUEST TO WAIVE SERVICE OF SUMMONS**

Dear Mr. Widup:

Please be advised that in accordance with Rule 4(d) of the Federal Rules of Civil Procedure the undersigned hereby gives notice and request to waive service of summons in the above-referenced matter.

Enclosed, please find a true and correct copy of the Summons and Verified Complaint filed against you in The United States District Court for the Northern District of Illinois, Eastern Division. I have also enclosed the official form which outlines your responsibility and the consequence of compliance and of failure to comply with this request as required by the Rules of Civil Procedure. In addition, a self-addressed, postage prepaid envelope is enclosed along with the required extra copies of the notice and request.

Please be kindly reminded that if a defendant located within the United States fails to comply with a request for waiver made by a plaintiff located within the United States, the court shall impose the costs subsequently incurred in effecting service on the defendant unless good cause for the failure is shown. Therefore, Rules of the Court requires you to return the fully executed waiver to the attention of the undersigned within thirty (30) days from the date of this request.

Thank you for your time, effort and professional consideration.

Very truly yours,

L. CHRISTOPHER CHAPMAN III

LCIII:dv
Enclosures – _as stated_

AO440 (REV. 1/90) Summons in a Civil Action

# United States District Court
## Northern District of Illinois

**SUMMONS IN A CIVIL ACTION**

**LAMAR C. CHAPMAN, III,**

**CASE   07-CV-6531**

VS.

**JUDGE RUBEN CASTILLO**

UNITED STATES MARSHAL FOR THE
  NORTHERN DISTRICT OF ILLINOIS,
  et al,

TO:    Kim Widup,

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve
upon plaintiff pro se:

NAME:          Lamar C. Chapman, III,

ADDRESS:       1314 Kensington Road
               Post Office Box 5232
               Oak Brook, IL 60523-5232

answer to the complaint which is herewith served upon you, within [20] days after service of
this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint.

MICHAEL W. DOBBINS, CLERK                      January 17, 2008
                                               Date

*Angela Revis*
Deputy Clerk - Angela Revis

RECEIVE

JAN 3 1 2008

MICHAEL W. DOBB
CLERK, U.S. DISTRICT C

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me:^ United States Employees | DATE January 30, 2008 |
| NAME OF SERVER (Print) Agent of the USPS | TITLE Civil Servant – Carrier |

*Check one box below to indicate appropriate method of service:*

[ ] Served personally upon the defendant. Place where served: 950 Pennsylvania Avenue, NW Washington, DC 20530 _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[✔] Other (specify): _____    US ATTORNEY – Civil Process Clerk    —
_____    Label/Receipt Number: 7899 3400 0006 1946 4003
Status: Delivered
_____    Your item was delivered at 11:03 AM on January 30, 2008 in WASHINGTON, DC 20530.    —

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | -0- | -0- |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

RECEIVED
JAN 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Executed on    January 31, 2008 _____
             Date

*Electronic Signature on File*
Signature of Server

Washington, DC 20530
_____
Address of Server

AO440 (REV. 1/90) Summons in a Civil Action

# United States District Court
## Northern District of Illinois

**SUMMONS IN A CIVIL ACTION**

LAMAR C. CHAPMAN, III,

**CASE   07-CV-6531**

VS.

**JUDGE RUBEN CASTILLO**

UNITED STATES MARSHAL FOR THE
NORTHERN DISTRICT OF ILLINOIS,
et al,

TO:    Garth G. Rehberg,

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff pro se:

NAME:        Lamar C. Chapman, III,

ADDRESS:     1314 Kensington Road
             Post Office Box 5232
             Oak Brook, IL 60523-5232

answer to the complaint which is herewith served upon you, within [20] days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL W. DOBBINS, CLERK

_Angela Revis_

Deputy Clerk - Angela Revis

January 17, 2008
Date

**RECEIVED**

JAN 3 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me:^ United States Employees | DATE January 30, 2008 |
| NAME OF SERVER (Print) Agent of the USPS | TITLE Civil Servant – Carrier |

*Check one box below to indicate appropriate method of service:*

[ ] Served personally upon the defendant. Place where served: _____
950 Pennsylvania Avenue, NW Washington, DC 20530
_____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:
_____

[ ] Returned unexecuted: _____

[✓] Other (specify): _____  **US ATTORNEY – Civil Process Clerk**  _____
_____ Label/Receipt Number: 7009 3400 0003 1946 4083  _____
Status: Delivered
_____ Your item was delivered at 11:03 AM on January 30, 2008 in WASHINGTON, DC 20530.  _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | -0- | -0- |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

RECEIVED
JAN 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Executed on    January 31, 2008
                 Date

*Electronic Signature on File*
Signature of Server

Washington, DC 20530
Address of Server

AO440 (REV. 1/90) Summons in a Civil Action

# United States District Court
## Northern District of Illinois

**SUMMONS IN A CIVIL ACTION**

**LAMAR C. CHAPMAN, III,**

**CASE  07-CV-6531**

VS.

**JUDGE RUBEN CASTILLO**

**UNITED STATES MARSHAL FOR THE**
**NORTHERN DISTRICT OF ILLINOIS,**
**et al,**

TO:    David Pearlman,

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff pro se:

NAME:        Lamar C. Chapman, III,

ADDRESS:        1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232

answer to the complaint which is herewith served upon you, within [20] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL W. DOBBINS, CLERK

January 17, 2008
Date

Deputy Clerk - Angela Revis

RECEIVED

JAN 31 20

MICHAEL W. D.
CLERK, U.S. DISTRIC

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me:^ United States Employees | DATE January 30, 2008 |
| NAME OF SERVER (Print) Agent of the USPS | TITLE Civil Servant – Carrier |

*Check one box below to indicate appropriate method of service:*

[ ]  Served personally upon the defendant.  Place where served:
950 Pennsylvania Avenue, NW Washington, DC 20530
_____

[ ]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  Name of person with whom the summons and complaint were left:
_____

[ ]  Returned unexecuted: _____

✔ Other (specify): _____    US ATTORNEY – Civil Process Clerk    _____
_____    Label/Receipt Number: 7899 3460 0008 1946 4083
Status: Delivered
_____    Your item was delivered at 11:03 AM on January 30, 2008 in
WASHINGTON, DC 20530.

### STATEMENT OF SERVICE FEES

| TRAVEL -0- | SERVICES -0- | TOTAL -0- |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

RECEIVED

JAN 31 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Executed on   January 31, 2008
Date

*Electronic Signature on File*
Signature of Server

Washington, DC 20530
Address of Server

AO440 (REV. 1/90) Summons in a Civil Action

# United States District Court
## Northern District of Illinois

**SUMMONS IN A CIVIL ACTION**

LAMAR C. CHAPMAN, III,

**CASE  07-CV-6531**

      VS.

**JUDGE RUBEN CASTILLO**

UNITED STATES MARSHAL FOR THE
   NORTHERN DISTRICT OF ILLINOIS,
   et al,

TO:   Michele Uthe,

      YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff pro se:

NAME:     Lamar C. Chapman, III,

ADDRESS:     1314 Kensington Road
                 Post Office Box 5232
                 Oak Brook, IL 60523-5232

answer to the complaint which is herewith served upon you, within [20] days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL W. DOBBINS, CLERK

                              January 17, 2008
                              Date

*Angela Revis*

Deputy Clerk - Angela Revis

RECEIVED

JAN 31 200

MICHAEL W. DOB
CLERK, U.S. DISTRICT COURT

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me:^ United States Employees | DATE January 30, 2008 |
| NAME OF SERVER (Print) Agent of the USPS | TITLE Civil Servant – Carrier |

*Check one box below to indicate appropriate method of service:*

[ ] Served personally upon the defendant. Place where served:
950 Pennsylvania Avenue, NW Washington, DC 20530
_____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:
_____

[ ] Returned unexecuted:_____

✔ Other (specify): _____    US ATTORNEY – Civil Process Clerk    _____
_____    Label/Receipt Number: 7009 3400 0005 1946 4803    _____
           Status: Delivered
_____    Your item was delivered at 11:03 AM on January 30, 2008 in    _____
           WASHINGTON, DC 20530.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | -0- | -0- |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

RECEIVED

JAN 31 2008

Executed on    January 31, 2008
                    Date

*Electronic Signature on File*    NANCY W. DOBBINS
Signature of Server    CLERK, U.S. DISTRICT COURT

Washington, DC 20530

Address of Server

AO440 (REV. 1/90) Summons in a Civil Action

# United States District Court
## Northern District of Illinois

**LAMAR C. CHAPMAN, III,**

    VS.

**UNITED STATES MARSHAL FOR THE
NORTHERN DISTRICT OF ILLINOIS,
et al,**

**SUMMONS IN A CIVIL ACTION**

**CASE  07-CV-6531**

**JUDGE RUBEN CASTILLO**

TO:    J. Russell George,

      YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff pro se:

NAME:      Lamar C. Chapman, III,

ADDRESS:    1314 Kensington Road
                    Post Office Box 5232
                    Oak Brook, IL 60523-5232

answer to the complaint which is herewith served upon you, within [20] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL W. DOBBINS, CLERK

*Angela Revis*

Deputy Clerk - Angela Revis

January 17, 2008
Date

# RECEIVED

JAN 3 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me:^<br>United States Employees | **DATE**<br>January 30, 2008 |
| **NAME OF SERVER (Print)**<br>Agent of the USPS | **TITLE**<br>Civil Servant – Carrier |

*Check one box below to indicate appropriate method of service:*

[ ]  Served personally upon the defendant.  Place where served: _____
    950 Pennsylvania Avenue, NW Washington, DC 20530
    _____

[ ]  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
    discretion then residing therein.  Name of person with whom the summons and complaint were left:
    _____

[ ]  Returned unexecuted: _____

✔  Other (specify): _____        **US ATTORNEY – Civil Process Clerk**        _____
    _____        Label/Receipt Number: 7099 3400 0006 1946 4083        _____
               Status: Delivered
    _____        Your Item was delivered at 11:03 AM on January 30, 2008 in        _____
               WASHINGTON, DC 20530.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | -0- | -0- |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 31, 2008
                  Date

*Electronic Signature on File*
Signature of Server

Washington, DC 20530
Address of Server

RECEIVED

JAN 31 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT