

**FILED**
FEB 2 7 2008
Feb 27, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAMAR C. CHAPMAN III, ]<br>]<br>*Plaintiff,* ]<br>-vs- ]<br>]<br>THE UNITED STATES MARSHAL, ]<br>for the NORTHERN DISTRICT OF ]<br>ILLINOIS; KIM WIDUP, *in his individual* ]<br>*and official capacity*; GARTH G. ]<br>REHBERG, a/k/a "The Hammer" *in his* ]<br>*individual and official capacity*; ]<br>UNKNOWN DEPUTY MARSHALS for ]<br>the UNITED STATES MARSHAL ]<br>GREAT LAKES FUGITIVE RECOVERY ]<br>UNIT; DAVID PEARLMAN; MICHELE ]<br>UTHE; *and* J. RUSSELL GEORGE, *in their* ]<br>*individual capacity,* ]<br>*Defendants.* ] | Case Number 1:07-cv-06531<br><br>Honorable Ruben Castillo,<br>*Judge Presiding*<br><br>Honorable Sidney I. Schenkier<br>*United States Magistrate*<br><br>Civil Rights Lawsuit<br>42 United States Code<br>Sections, 1983, 1988, et al.<br><br>Previous Case Number: 07-cv-2174 |

### NOTICE OF MOTION

TO:   William W. Dobbins
      Clerk of the Court
      Eastern Division
      Everett McKinley Dirksen
      United States Courthouse - 20th Floor
      219 South Dearborn Street
      Chicago, IL 60604

*PLEASE TAKE NOTICE* that on Wednesday, March 5, 2008, at the hour of 9:45 a.m., or such other time and date as the Plaintiff shall be heard, I will appear before the Court, Honorable Ruben Castillo, Judge Presiding or before such other judge who may be presiding in his place and stead in the courtroom usually occupied by him, in courtroom 2141 of the Dirksen Federal Building, located at 219 South Dearborn Street, Chicago, IL 60604 and shall then and there present **PLAINTIFF'S MOTION FOR DEFAULT ORDER**, *at which time and place you are invited to attend if you so see fit.*

### PROOF OF SERVICE

LAMAR C. CHAPMAN III, Non-Attorney, Non-Lawyer, Plaintiff, *Pro Se*, being first duly sworn and under oath, and in consideration of the penalties of perjury states that he served this Notice and all relevant attachments on the above-named parties or their designated representative *via* first class U.S. Mail, addressed as indicated and mailed with proper postage prepaid from the United States Postal Facility located on Adams and Dearborn Streets, Chicago, Illinois 60604 on Tuesday, January 12, 2008, before the hour of 5:00 PM.

_____
LAMAR C. CHAPMAN III, Plaintiff, *Pro Se*

**DATED: February 26, 2008**

Non-Attorney, Non-Lawyer
Plaintiff, *Pro Se*
LAMAR C. CHAPMAN III, *Solo Fides*
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com