**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Lamar C Chapman III

                        Plaintiff,

v.                                                 Case No.: 1:07−cv−06531

                                                  Honorable Ruben Castillo

United States Marshal for the Northern District of Illinois, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 28, 2008:

      MINUTE entry before Judge Ruben Castillo :The Court will hear Plaintiff's pro se motion for default order [21] on 3/5/2008 at 9:15 AM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.