UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAMAR C. CHAPMAN III, ) | |
| ) | |
| Plaintiff, ) | No. 07 C 6531 |
| ) | |
| v. ) | |
| UNITED STATES MARSHAL for the ) | Judge Castillo |
| Northern District of Illinois; *et al,* ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

To:  Lamar C. Chapman, III
     1314 Kensington Road
     Post Office Box 5232
     Oak Brook, IL 60523-5232

PLEASE TAKE NOTICE that on **Tuesday, April 22, 2008,** at **9:30 a.m.**, I will appear before **Judge Castillo** in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **Motion to Dismiss,** at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s Jonathan C. Haile
    JONATHAN C. HAILE
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois  60604
    (312) 886-2055
    jonathan.haile@usdoj.gov

**CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**NOTICE OF MOTION**

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on April 11, 2008 to the following non-ECF filers:

    Lamar C. Chapman, III
    1314 Kensington Road
    Post Office Box 5232
    Oak Brook, IL 60523-5232

                          By:  s/ Jonathan C. Haile
                                 JONATHAN C. HAILE
                                 Assistant United States Attorney
                                 219 South Dearborn Street
                                 Chicago, Illinois 60604
                                 (312) 886-2055
                                 jonathan.haile@usdoj.gov