**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Lamar C Chapman III

                                          Plaintiff,

v.    Case No.: 1:07−cv−06531

Honorable Ruben Castillo

United States Marshal for the Northern District of Illinois, et al.

                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

      MINUTE entry before Judge Honorable Ruben Castillo:Status hearing held on 4/22/2008 and continued to 6/19/2008 at 9:45 a.m. Plaintiff's motion for default [21] is denied. Defendants' motion to dismiss [26] is denied without prejudice. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.