HHK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. 07-cv-6531
AFFIDAVIT OF SPECIAL PROCESS SERVER

FILED
JN
APR 30 2008
4-30-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07cv6531

**Justin Turner**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:
      ( ) Summons & Complaint
      ( ) Citation to Discover Assets
      ( ) Rule to Show Cause
      ( ) Subpoena
      ( X ) Other: **Summons to United States Marshal for the Northern District of Illinois; Summons to Garth G. Rehberg; Summons to Kim Widup; Summons to David Pearlman; Summons to Michele Uthe; J. Russell George; Summons to United States Marshal for the Northern District of Illinois c/o Us. Attorney's Office; Summons to United States Marshal for the Northern District of Illinois c/o Attorney General's Office; Complaint**

1.   ( ) By leaving a copy with the named party, ------- personally on -------.

2.   ( ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3.   ( X ) On the within party, **U.S. Attorney's Office** by leaving a copy with **Joelyn Marawski, Receptionist and Authorized Person**, on **April 15, 2008**, and informed that person of the contents thereof.

4.   ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:
**SEX: Female**      RACE: **Caucasian**      APPROXIMATE AGE: **55**

5.   ( X ) That the place where and the time of day when the documents were served were as follows:
PLACE: **219 S. Dearborn St., 5th Floor, Chicago, IL 60604**
TIME OF DAY: **3:43 PM**

6.   ( ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This 17th day of April 2008

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

Justin Turner
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885



AO440 (REV. 1/90) Summons in a Civil Action

# United States District Court
## Northern District of Illinois

SUMMONS IN A CIVIL ACTION

LAMAR C. CHAPMAN, III,

CASE   07-cv-6531

VS.

JUDGE RUBEN CASTILLO

UNITED STATES MARSHAL FOR THE
   NORTHERN DISTRICT OF ILLINOIS,
   et al,

TO:   United States Marshal for the Northern District of Illinois
      c/o Attorney General's Office
      10th and Constitution
      Washington, DC 20530

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff pro se:

NAME:      Lamar C. Chapman, III,

ADDRESS:   1314 Kensington Road
           Post Office Box 5232
           Oak Brook, IL 60523-5232

answer to the complaint which is herewith served upon you, within [60] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL W. DOBBINS, CLERK            January 17, 2008
                                     Date

*[signature]*
Deputy Clerk - Angela Revis

AO 440  (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                Date                      *Signature of Server*

                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO440 (REV. 1/90) Summons in a Civil Action

# United States District Court
Northern District of Illinois

**SUMMONS IN A CIVIL ACTION**

LAMAR C. CHAPMAN, III,

CASE 07-cv-6531

VS.

JUDGE RUBEN CASTILLO

UNITED STATES MARSHAL FOR THE
NORTHERN DISTRICT OF ILLINOIS,
et al,

TO: United States Marshal for the Northern District of Illinois

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff pro se:

NAME: Lamar C. Chapman, III,

ADDRESS: 1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232

answer to the complaint which is herewith served upon you, within [60] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL W. DOBBINS, CLERK     January 17, 2008
                                           Date

Deputy Clerk - Angela Revis

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                                 *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



AO440 (REV. 1/90) Summons in a Civil Action

# United States District Court
## Northern District of Illinois

**SUMMONS IN A CIVIL ACTION**

LAMAR C. CHAPMAN, III,

CASE  07-CV-6531

VS.

JUDGE RUBEN CASTILLO

UNITED STATES MARSHAL FOR THE
NORTHERN DISTRICT OF ILLINOIS,
et al,

TO:   Garth G. Rohberg,

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff pro se:

NAME:   Lamar C. Chapman, III,

ADDRESS:   1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232

answer to the complaint which is herewith served upon you, within [20] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL W. DOBBINS, CLERK     January 17, 2008
                              Date

*[signature]*
Deputy Clerk - Angela Revis

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____　　_____
　　　　　　　　　　Date　　　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO440 (REV. 1/90) Summons in a Civil Action

# United States District Court
## Northern District of Illinois

**SUMMONS IN A CIVIL ACTION**

**LAMAR C. CHAPMAN, III,**

CASE 07-CV-6531

VS.

**JUDGE RUBEN CASTILLO**

**UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF ILLINOIS,** et al,

TO:    Kim Widup,

     YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff pro se:

NAME:    Lamar C. Chapman, III,

ADDRESS:    1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232

answer to the complaint which is herewith served upon you, within [20] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL W. DOBBINS, CLERK      January 17, 2008
                                                    Date

*(signature)*
Deputy Clerk - Angela Revis

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                  *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO440 (REV. 1/90) Summons in a Civil Action

# United States District Court
### Northern District of Illinois

**SUMMONS IN A CIVIL ACTION**

LAMAR C. CHAPMAN, III,

CASE 07-CV-6531

VS.

JUDGE RUBEN CASTILLO

UNITED STATES MARSHAL FOR THE
NORTHERN DISTRICT OF ILLINOIS,
et al,

TO: David Pearlman,

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff pro se:

NAME: Lamar C. Chapman, III,

ADDRESS: 1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232

answer to the complaint which is herewith served upon you, within [20] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL W. DOBBINS, CLERK

January 17, 2008
Date

_[signature]_
Deputy Clerk - Angela Revis

AO 440  (Rev. 05/00)  Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
             *Date*                *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO440 (REV. 1/90) Summons in a Civil Action

# United States District Court
## Northern District of Illinois

**SUMMONS IN A CIVIL ACTION**

**LAMAR C. CHAPMAN, III,**

CASE  07-CV-6531

VS.

**JUDGE RUBEN CASTILLO**

**UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF ILLINOIS, et al,**

TO:   Michele Uthe,

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff pro se:

NAME:   Lamar C. Chapman, III,

ADDRESS:   1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232

answer to the complaint which is herewith served upon you, within [20] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL W. DOBBINS, CLERK          January 17, 2008
                                                                Date

Deputy Clerk - Angela Revis

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                      *Date*                       *Signature of Server*

                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO440 (REV. 1/90) Summons in a Civil Action

# United States District Court
## Northern District of Illinois

**SUMMONS IN A CIVIL ACTION**

LAMAR C. CHAPMAN, III,

CASE 07-CV-6531

VS.

JUDGE RUBEN CASTILLO

UNITED STATES MARSHAL FOR THE
NORTHERN DISTRICT OF ILLINOIS,
et al.,

TO:    J. Russell George,

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff pro se:

NAME:    Lamar C. Chapman, III,

ADDRESS:    1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232

answer to the complaint which is herewith served upon you, within [20] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MICHAEL W. DOBBINS, CLERK            January 17, 2008
                                                                Date

*Angela Revis* (signature)
Deputy Clerk - Angela Revis

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
             Date                 *Signature of Server*

                               _____
                               *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.