# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6531 | **DATE** | 5/6/2008 |
| **CASE TITLE** | Lamar C. Chapman, III vs. U.S. Marshals for the Northern District of IL, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 5/6/08. Plaintiff's pro se motion for leave to file first amended complaint instanter [30] is granted. Plaintiff's request for a twenty-one day extension to effectuate service of summons is granted.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|