MHW

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LAMAR C. CHAPMAN III, | Case Number 1:07-cv-06531 |
| Plaintiff, | |
| -vs- | Honorable Ruben Castillo, |
| | *Judge Presiding* |
| THE UNITED STATES MARSHAL, for the NORTHERN DISTRICT OF ILLINOIS; KIM WIDUP, *in his individual and official capacity*; GARTH G. REHBERG, a/k/a "The Hammer" *in his individual and official capacity*; UNKNOWN DEPUTY MARSHALS for the UNITED STATES MARSHAL GREAT LAKES FUGITIVE RECOVERY UNIT; DAVID PEARLMAN; MICHELE UTHE; *and* J. RUSSELL GEORGE, *in their individual capacity*, | Honorable Sidney I. Schenkier *United States Magistrate* |
| | *Civil Rights Lawsuit* 42 United States Code *Sections, 1983, 1988, et al.* |
| | Previous Case Number: 07-cv-2174 |
| *Defendants.* | |

**FILED**
J.N
MAY 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF FILING

TO:  William W. Dobbins              Patrick J. Fitzgerald, Esq.
     Clerk of the Court              United States Attorney
     Eastern Division                c/o Jonathan C. Haile, Esq.
     Everett McKinley Dirksen        Assistant United States Attorney
     United States Courthouse - 20th Floor   219 South Dearborn Street
     219 South Dearborn Street       Chicago, Illinois 60604
     Chicago, IL 60604               (312) 886-2055

*PLEASE TAKE NOTICE* that on Friday, May 9, 2008, the undersigned filed with the Clerk of the Court **PLAINTIFF'S MOTION TO ISSUE SUMMONS OF THE COURT**, *as attached hereto and served upon you herewith.*

## PROOF OF SERVICE

LAMAR C. CHAPMAN III, Non-Attorney, Non-Lawyer, Plaintiff, *Pro Se*, being first duly sworn and under oath, and in consideration of the penalties of perjury states that he served this Notice and all relevant attachments on the above-named parties or their designated representative *via* first class U.S. Mail, addressed as indicated and mailed with proper postage prepaid from the United States Postal Facility located on Adams and Dearborn Streets, Chicago, Illinois 60604 on Friday, May 9, 2008, before the hour of 5:00 PM.

_____
LAMAR C. CHAPMAN III, Plaintiff, *Pro Se*

Non-Attorney, Non-Lawyer
Plaintiff, *Pro Se*
LAMAR C. CHAPMAN III, *Solo Fides*
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAMAR C. CHAPMAN III,<br><br>                *Plaintiff,*<br>-vs-<br><br>THE UNITED STATES MARSHAL,<br>for the NORTHERN DISTRICT OF<br>ILLINOIS; KIM WIDUP, *in his individual<br>and official capacity*; GARTH G.<br>REHBERG, a/k/a "The Hammer" *in his<br>individual and official capacity*;<br>UNKNOWN DEPUTY MARSHALS for<br>the UNITED STATES MARSHAL<br>GREAT LAKES FUGITIVE RECOVERY<br>UNIT; DAVID PEARLMAN; MICHELE<br>UTHE; *and* J. RUSSELL GEORGE, *in their<br>individual capacity*,<br><br>                *Defendants.* | **Case Number 1:07-cv-06531**<br><br>Honorable Ruben Castillo,<br>*Judge Presiding*<br><br>Honorable Sidney I. Schenkier<br>*United States Magistrate*<br><br>*Civil Rights Lawsuit*<br>*42 United States Code*<br>*Sections, 1983, 1988, et al.*<br><br>Previous Case Number: 07–cv-2174<br><br>**FILED**<br>JN  5-9-2008<br>MAY   9  2008<br><br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

## MOTION TO ISSUE SUMMONS OF THE COURT

*NOW COMES PLAINTIFF*, Lamar C. Chapman III, Non-Attorney, Non-Lawyer, *Pro Se* and pursuant to Rule 4(b) of the Federal Rules of Civil Procedure respectfully prays that this Honorable Court will admonish the Clerk of the Court to issue the Summons of the Court. And in support of this motion and for this Honorable Court to make a reasonable decision, Plaintiff states as follows:

    1.      On May 7, 2008, this Honorable Court granted over the government's frivolous objections the unrepresented Plaintiff's Motion for Leave to File First Amended Complaint.

    2.      Also, on May 7, 2008, immediately following the Court call the unrepresented Plaintiff went to file his First Amended Complaint and the Clerk of the Court refused to file Plaintiff's First Amended Complaint or to receive-stamp Plaintiff's Complaint.

1

3. Again, on May 7, 2008, the unrepresented Plaintiff sat in the Courtroom of the Honorable Rebecca R. Pallmeyer to listen in on her jury trial in <u>Galik vs. The Oak Brook Police Department</u>, Case Number 05-cv-2335, while waiting for a signed copy of the Minute Order of this Court granting leave for the filing of Plaintiff's First Amended Complaint.

4. Again, on May 7, 2008, Courtroom Deputy, Ms. Ruth O'shea interceded on behalf of the unrepresented Plaintiff and verified over the telephone that this Court had in fact granted the unrepresented Plaintiff leave to file his First Amended Complaint.

5. Based on Ms. O'Shea's representation the Clerk of the Court Received-Stamped Plaintiff's First Amended Complaint, but refused to issue the attached Summons of the Court. See, **Exhibit Group A**, *attached hereto as prepared Summons of the Court.*

6. On Thursday, May 8, 2008, the unrepresented Plaintiff returned to the Office of the Clerk of the Court with a copy of the May 8, 2008, Minute Order of this Court, yet the Clerk of the Court refused to accept the attached originals and copies of the attached Summons of the Court as prepared by the unrepresented, *Pro Se*, Plaintiff. See **Exhibit B**, *attached hereto and made a part hereof.*

7. Rule 4(b) of the Federal Rules of Civil Procedure controls and provides the following in relevant parts:

> **RULE 4. SUMMONS**
>
> (b) Issuance. *Upon or after filing the complaint, the plaintiff may present a summons to the clerk for signature and seal. If the summons is in proper form, the clerk shall sign and issue to the plaintiff for service on the defendant.*

8. This case has been pending before this Honorable Court for more than a year without delays caused by the unrepresented Plaintiff and without any progress in the

litigation of the same and assigning civil liability to the Defendants for their lucid violations of Plaintiff's civil rights.

9. The Defendants have once again denied the unrepresented Plaintiff his fundamental rights and have needlessly wasted seven (7) days of the modest twenty-one (21) day extension of time for the effectuation of Service of Summons.

*WHEREFORE*, Lamar C. Chapman III, Non-Attorney, Non-Lawyer, Plaintiff, *Pro Se*, respectfully prays that this Honorable Court will enter an order of Court, *instanter* instructing the Clerk of the Court to seal, sign and issue the Summons of the Court in the above-captioned matter and grant an additional seven (7) days or twenty-one days from this date for the Service of Summons in the above-captioned matter. God Bless America. God Bless this Honorable Court.

*Very Respectfully Submitted,*

_____
LAMAR C. CHAPMAN III, Plaintiff, *Pro Se*

**Dated: May 9, 2008**

Non-Attorney, Non-Lawyer
Plaintiff, *Pro Se*
LAMAR C. CHAPMAN III, *Solo Fides*
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road – POB 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com

3

**PLAINTIFF'S EXHIBIT, A**

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

LAMAR C. CHAPMAN III,

        Plaintiff

        -vs-

THE UNITED STATES MARSHAL, for the NORTHERN DISTRICT OF ILLINOIS; KIM WIDUP, *in his individual and official capacity*; GARTH G. REHBERG, a/k/a *"The Hammer"* *in his individual and official capacity*; UNKNOWN DEPUTY MARSHALS for the UNITED STATES MARSHAL GREAT LAKES FUGITIVE RECOVERY UNIT; DAVID PEARLMAN; MICHELE UTHE; and J. RUSSELL GEORGE, *in their individual capacity*,

        *Defendants.*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07-cv-06531

ASSIGNED JUDGE: Ruben Castillo

DESIGNATED MAGISTRATE JUDGE: Sidney I. Schenkier

TO: Yvette Pearson, Warrant Clerk c/o United States Attorney General
United States Attorney – Civil Process Clerk via Certified Mail
950 Pennsylvania Avenue, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Lamar C. Chapman III, *Solo Fides*
    Alexander, Cavanaugh & Block, LLC
    1314 Kensington Road
    Post Office Box 5232
    Oak Brook, IL 60523-5232

an answer to the complaint which is herewith served upon you within \_\_\_\_20\_\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                         DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                        Signature of Server

_____
Address of Server

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

LAMAR C. CHAPMAN III,

          Plaintiff

-vs-

THE UNITED STATES MARSHAL, for the
NORTHERN DISTRICT OF ILLINOIS; KIM
WIDUP, *in his individual and official capacity*;
GARTH G. REHBERG, a/k/a *"The Hammer"*
*in his individual and official capacity*; UNKNOWN
DEPUTY MARSHALS for the UNITED STATES
MARSHAL GREAT LAKES FUGITIVE RECOVERY
UNIT; DAVID PEARLMAN; MICHELE UTHE; and
J. RUSSELL GEORGE, *in their individual capacity,*

          *Defendants.*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07-cv-06531

ASSIGNED JUDGE: Ruben Castillo

DESIGNATED MAGISTRATE JUDGE: Sidney I. Schenkier

TO: Melody Waldron c/o United States Attorney General *via* Certified Mail
United States Attorney – Civil Process Clerk
950 Pennsylvania Avenue, NW
Washington, DC 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

        Lamar C. Chapman III, *Solo Fides*
        Alexander, Cavanaugh & Block, LLC
        1314 Kensington Road
        Post Office Box 5232
        Oak Brook, IL 60523-5232

an answer to the complaint which is herewith served upon you within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____                             _____
(By) DEPUTY CLERK                                                    DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

LAMAR C. CHAPMAN III,

Plaintiff

-vs-

**SUMMONS IN A CIVIL CASE**

THE UNITED STATES MARSHAL, for the
NORTHERN DISTRICT OF ILLINOIS; KIM
WIDUP, *in his individual and official capacity*;
GARTH G. REHBERG, a/k/a "*The Hammer*"
*in his individual and official capacity*; UNKNOWN
DEPUTY MARSHALS for the UNITED STATES
MARSHAL GREAT LAKES FUGITIVE RECOVERY
UNIT; DAVID PEARLMAN; MICHELE UTHE; and
J. RUSSELL GEORGE, *in their individual capacity*,

CASE NUMBER: 1:07-cv-06531

ASSIGNED JUDGE: Ruben Castillo

DESIGNATED
MAGISTRATE JUDGE: Sidney I. Schenkier

*Defendants.*

TO: Clark Marquez, DUSM c/o United States Attorney General *via* Certified Mail
United States Attorney – Civil Process Clerk
950 Pennsylvania Avenue, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lamar C. Chapman III, *Solo Fides*
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232

an answer to the complaint which is herewith served upon you within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                                 DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**LAMAR C. CHAPMAN III,**

        Plaintiff

        -vs-

**THE UNITED STATES MARSHAL, for the NORTHERN DISTRICT OF ILLINOIS; KIM WIDUP,** *in his individual and official capacity*; **GARTH G. REHBERG, a/k/a "The Hammer"** *in his individual and official capacity*; **UNKNOWN DEPUTY MARSHALS for the UNITED STATES MARSHAL GREAT LAKES FUGITIVE RECOVERY UNIT; DAVID PEARLMAN; MICHELE UTHE; and J. RUSSELL GEORGE,** *in their individual capacity*,

        *Defendants.*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07-cv-06531

ASSIGNED JUDGE: Ruben Castillo

DESIGNATED MAGISTRATE JUDGE: Sidney I. Schenkier

TO:    Sean O'Neal, DUSM c/o United States Attorney General *via* Certified Mail
        United States Attorney – Civil Process Clerk
        950 Pennsylvania Avenue, NW
        Washington, DC 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

        Lamar C. Chapman III, *Solo Fides*
        Alexander, Cavanaugh & Block, LLC
        1314 Kensington Road
        Post Office Box 5232
        Oak Brook, IL 60523-5232

an answer to the complaint which is herewith served upon you within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____                  _____
(By) DEPUTY CLERK                                                                  DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

LAMAR C. CHAPMAN III,

          Plaintiff

    -vs-

THE UNITED STATES MARSHAL, for the NORTHERN DISTRICT OF ILLINOIS; KIM WIDUP, *in his individual and official capacity*; GARTH G. REHBERG, a/k/a *"The Hammer"* *in his individual and official capacity*; UNKNOWN DEPUTY MARSHALS for the UNITED STATES MARSHAL GREAT LAKES FUGITIVE RECOVERY UNIT; DAVID PEARLMAN; MICHELE UTHE; and J. RUSSELL GEORGE, *in their individual capacity*,

          *Defendants.*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07-cv-06531

ASSIGNED JUDGE: Ruben Castillo

DESIGNATED MAGISTRATE JUDGE: Sidney I. Schenkier

TO: Margaret Walden c/o United States Attorney General *via* Certified Mail
United States Attorney – Civil Process Clerk
950 Pennsylvania Avenue, NW
Washington, DC 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lamar C. Chapman III, *Solo Fides*
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232

an answer to the complaint which is herewith served upon you within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____    _____
(By) DEPUTY CLERK                      DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

LAMAR C. CHAPMAN III,

        Plaintiff

    -vs-

THE UNITED STATES MARSHAL, for the
NORTHERN DISTRICT OF ILLINOIS; KIM
WIDUP, *in his individual and official capacity*;
GARTH G. REHBERG, a/k/a "*The Hammer*"
*in his individual and official capacity*; UNKNOWN
DEPUTY MARSHALS for the UNITED STATES
MARSHAL GREAT LAKES FUGITIVE RECOVERY
UNIT; DAVID PEARLMAN; MICHELE UTHE; and
J. RUSSELL GEORGE, *in their individual* capacity,

        *Defendants.*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   1:07-cv-06531

ASSIGNED JUDGE:   Ruben Castillo

DESIGNATED
MAGISTRATE JUDGE:   Sidney I. Schenkier

TO:   Paul Banos, DUSM c/o United States Attorney General *via* Certified Mail
      United States Attorney – Civil Process Clerk
      950 Pennsylvania Avenue, NW
      Washington, DC 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

      Lamar C. Chapman III, *Solo Fides*
      Alexander, Cavanaugh & Block, LLC
      1314 Kensington Road
      Post Office Box 5232
      Oak Brook, IL 60523-5232

an answer to the complaint which is herewith served upon you within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                           DATE

# PLAINTIFF'S EXHIBIT B

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6531 | **DATE** | 5/6/2008 |
| **CASE TITLE** | Lamar C. Chapman, III vs. U.S. Marshals for the Northern District of IL, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 5/6/08. Plaintiff's pro se motion for leave to file first amended complaint instanter [30] is granted. Plaintiff's request for a twenty-one day extension to effectuate service of summons is granted.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|