# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

*MHK*

| | |
|---|---|
| LAMAR C. CHAPMAN III, | **Case Number 1:07-cv-06531** |
| *Plaintiff,* | |
| -vs- | Honorable Ruben Castillo, *Judge Presiding* |
| THE UNITED STATES MARSHAL, for the NORTHERN DISTRICT OF ILLINOIS; KIM WIDUP, *in his individual and official capacity*; GARTH G. REHBERG, a/k/a "The Hammer" *in his individual and official capacity*; UNKNOWN DEPUTY MARSHALS for the UNITED STATES MARSHAL GREAT LAKES FUGITIVE RECOVERY UNIT; DAVID PEARLMAN; MICHELE UTHE; *and* J. RUSSELL GEORGE, *in their individual capacity,* | Honorable Sidney I. Schenkier *United States Magistrate* *Civil Rights Lawsuit* *42 United States Code Sections, 1983, 1988, et al.* Previous Case Number: 07–cv-2174 |
| *Defendants.* | |

**FILED**
J.N 5-9-2008
MAY 9, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO:  William W. Dobbins
Clerk of the Court
Eastern Division
Everett McKinley Dirksen
United States Courthouse - 20th Floor
219 South Dearborn Street
Chicago, IL 60604

Patrick J. Fitzgerald,
United States Attorney
c/o Jonathan C. Haile, Esq.
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-2055

*PLEASE TAKE NOTICE* that on Wednesday, May 14, 2008, at the hour of 9:45 a.m., or such other time and date as the Plaintiff shall be heard, I will appear before the Court, Honorable Ruben Castillo, Judge Presiding or before such other judge who may be presiding in his place and stead in the courtroom usually occupied by him, in Courtroom 2141 of the Dirksen Federal Building, located at 219 South Dearborn Street, Chicago, IL 60604 and shall then and there present **PLAINTIFF'S MOTION TO ISSUE THE SUMMONS OF THE COURT**, *at which time and place you are invited to attend if you so see fit.*

## PROOF OF SERVICE

LAMAR C. CHAPMAN III, Non-Attorney, Non-Lawyer, Plaintiff, *Pro Se*, being first duly sworn and under oath, and in consideration of the penalties of perjury states that he served this Notice and all relevant attachments on the above-named parties or their designated representative *via* first class U.S. Mail, addressed as indicated and mailed with proper postage prepaid from the United States Postal Facility located on Adams and Dearborn Streets, Chicago, Illinois 60604 on Friday, May 9, 2008, before the hour of 5:00 PM.

_____
LAMAR C. CHAPMAN III, Plaintiff, *Pro Se*

**DATED: May 9, 2008**

Non-Attorney, Non-Lawyer
Plaintiff, *Pro Se*
LAMAR C. CHAPMAN III, *Solo Fides*
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com