# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6531 | **DATE** | 5/14/2008 |
| **CASE TITLE** |  | Lamar C. Chapman, III vs. U.S. Marshals, et al. | |

**DOCKET ENTRY TEXT**

Motion hearing held on 5/14/2008.  Plaintiff's motion to issue the summons of the court [35] is granted.  The Clerk of the Court is ordered to issue the summons prepared by Plaintiff.   Plaintiff is given twenty-one days from this date for the service of summons.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|