

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

LAMAR C. CHAPMAN III,    ]

                 *Plaintiff,*   ]

   -vs-                ]

THE UNITED STATES MARSHAL, ]
for the NORTHERN DISTRICT OF ]
ILLINOIS; KIM WIDUP, *in his individual* ]
*and official capacity;* GARTH G. ]
REHBERG, a/k/a "The Hammer" *in his* ]
*individual and official capacity;* ]
UNKNOWN DEPUTY MARSHALS for ]
the UNITED STATES MARSHAL ]
GREAT LAKES FUGITIVE RECOVERY ]
UNIT; DAVID PEARLMAN; MICHELE ]
UTHE; *and* J. RUSSELL GEORGE, *in their* ]
*individual capacity,*          ]

                 *Defendants.* ]

**Case Number 1:07-cv-06531**

Honorable Ruben Castillo,
*Judge Presiding*

Honorable Sidney I. Schenkier
*United States Magistrate*

*Civil Rights Lawsuit*
*42 United States Code*
*Sections, 1983, 1988, et al.*

Previous Case Number: 07-cv-2174

**FILED**
Jun 11, 2008
JUN 11 2008   JH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO:     William W. Dobbins
         Clerk of the Court
         Eastern Division
         Everett McKinley Dirksen
         United States Courthouse - 20th Floor
         219 South Dearborn Street
         Chicago, IL 60604

Patrick J. Fitzgerald, Esq.
United States Attorney
c/o Jonathan C. Haile, Esq.
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604

    *PLEASE TAKE NOTICE* that on Wednesday, June 18, 2008, at the hour of 9:45 a.m., or
such other time and date as the Plaintiff shall be heard, I will appear before the Court, Honorable
Ruben Castillo, Judge Presiding or before such other judge who may be presiding in his place and
stead in the courtroom usually occupied by him, in Courtroom 2141 of the Dirksen Federal
Building, located at 219 South Dearborn Street, Chicago, IL 60604 and shall then and there
present **PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO RESPOND TO
DISCOVERY AND TO SUBMIT TO DEPOSITIONS,** *at which time and place you are
invited to attend if you so see fit.*

## PROOF OF SERVICE

    LAMAR C. CHAPMAN III, Non-Attorney, Non-Lawyer, Plaintiff, *Pro Se,* being first
duly sworn and under oath, and in consideration of the penalties of perjury states that he served
this Notice and all relevant attachments on the above-named parties or their designated
representative *via* first class U.S. Mail, addressed as indicated and mailed with proper postage
prepaid from the United States Postal Facility located on Adams and Dearborn Streets, Chicago,
Illinois 60604 on Wednesday, June 11, 2008, before the hour of 5:00 PM.

LAMAR C. CHAPMAN III, Plaintiff, *Pro Se*

**DATED: June 11, 2008**

Non-Attorney, Non-Lawyer
Plaintiff, *Pro Se*
LAMAR C. CHAPMAN III, *Solo Fides*
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com