UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAMAR C. CHAPMAN III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 C 6531 |
| v. | ) | |
| | ) | |
| UNITED STATES MARSHAL for the | ) | Judge Castillo |
| Northern District of Illinois, *et al*, | ) | |
| | ) | |
| Defendants. | | |

## DEFENDANTS'[1] MOTION TO SUBSTITUTE AND DISMISS

The United States and defendants United States Marshal's Service, Kim Widup, Garth Rehberg, Michelle Uthe, David Perlman and J. Russell George, through their attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, move pursuant to 28 U.S.C. § 2679(d)(1) to substitute the United States as the defendant on all state-law tort claims, and pursuant to Fed. R. Civ. P. 12(b)(1), (2), (4), (5) and (6) to dismiss all claims for lack of jurisdiction, failure of service of process, failure to state a claim, qualified immunity, the statute of limitations, and because the claims are inconsistent with Chapman's criminal conviction.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Jonathan C. Haile
JONATHAN C. HAILE
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-2055
jonathan.haile@usdoj.gov

---

[1] This motion is filed on behalf of the defendants listed in this motion. The United States Attorney does not at this time represent the newly-added defendants in the First Amended Complaint.

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## DEFENDANTS' MOTION TO SUBSTITUTE AND DISMISS

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on June 16, 2008, to the following non-ECF filers:

*Pro Se*

Lamar C. Chapman, III
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232

By: s/ Jonathan C. Haile
JONATHAN C. HAILE
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-2055
jonathan.haile@usdoj.gov