AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

LAMAR C. CHAPMAN III,

           Plaintiff

    -vs-

**SUMMONS IN A CIVIL CASE**

THE UNITED STATES MARSHAL, for the NORTHERN DISTRICT OF ILLINOIS; KIM WIDUP, *in his individual and official capacity*; GARTH G. REHBERG, a/k/a *"The Hammer"* *in his individual and official capacity*; UNKNOWN DEPUTY MARSHALS for the UNITED STATES MARSHAL GREAT LAKES FUGITIVE RECOVERY UNIT; DAVID PEARLMAN; MICHELE UTHE; and J. RUSSELL GEORGE, *in their individual capacity,*

CASE NUMBER: 1:07-cv-06531

ASSIGNED JUDGE: Ruben Castillo

DESIGNATED MAGISTRATE JUDGE: Sidney I. Schenkier

           *Defendants.*

TO:   Margaret Walden c/o United States Attorney General *via* Certified Mail
United States Attorney – Civil Process Clerk
950 Pennsylvania Avenue, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

        Lamar C. Chapman III, *Solo Fides*
        Alexander, Cavanaugh & Block, LLC
        1314 Kensington Road
        Post Office Box 5232
        Oak Brook, IL 60523-5232

an answer to the complaint which is herewith served upon you within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAY 14 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                            *Signature of Server*

                                        _____
                                              *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.


**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7008 0500 0000 2841 0832
Status: Delivered

Your item was delivered at 7:36 AM on May 27, 2008 in CHICAGO, IL 60604.

*Additional Details >*    *Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

FILED

JUN 12 2008 YM
JUN 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7008 0500 0000 2841 0332
Detailed Results:

- Delivered, May 27, 2008, 7:38 am, CHICAGO, IL 60604
- Arrival at Unit, May 24, 2008, 6:43 am, CHICAGO, IL 60604
- Acceptance, May 21, 2008, 5:24 pm, HINSDALE, IL 60521

**Track & Confirm**
Enter Label/Receipt Number.

Go >

< Back    Return to USPS.com Home >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA    


**United States Postal Service**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7008 0500 0000 2839 3647**
Status: **Delivered**

Your item was delivered at 6:02 AM on June 2, 2008 in WASHINGTON, DC 20530.

Additional Details >    Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    Go >

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA


**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm      FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7008 0500 0000 2839 3647
Detailed Results:

- Delivered, June 02, 2008, 5:02 am, WASHINGTON, DC 20530
- Notice Left, June 01, 2008, 7:10 am, WASHINGTON, DC 20530
- Arrival at Unit, June 01, 2008, 12:27 am, WASHINGTON, DC 20022
- Acceptance, May 21, 2008, 5:23 pm, HINSDALE, IL 60521

< Back                                    Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA        

**Card 1 (top left):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
United States Marshal
For the Northern District of Illinois
C/O U.S. Attorney's Office
219 South Dearborn Avenue
Chicago, IL 60604

2. Article Number (Transfer from service label): 7006 0810 0005 3049 1905

PS Form 3811, February 2004    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [signature] — Agent
B. Received by (Printed Name): [name]
C. Date of Delivery:
D. Is delivery address different from item 1? Yes / No
3. Service Type: ☒ Certified Mail ☐ Registered ☐ Insured Mail ☐ Express Mail ☐ Return Receipt for Merchandise ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes
102595-02-M-1540

**Card 2 (top right):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
United States Marshal
For the Northern District of Illinois
C/O Attorney General's Office
10th and Constitution
Washington, DC 20530

2. Article Number (Transfer from service label): 7006 0810 0005 3049 1912

PS Form 3811, February 2004    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [signature] — Agent / Addressee
B. Received by (Printed Name): [name]
C. Date of Delivery:
D. Is delivery address different from item 1? Yes / No
3. Service Type: ☒ Certified Mail ☐ Registered ☐ Insured Mail ☐ Express Mail ☐ Return Receipt for Merchandise ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes
102595-02-M-1540

**Card 3 (bottom left):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Marshal – Norther District of Illinois
C/O U.S. Attorney's Office
McKinley Dirksen Federal Building
219 South Dearborn Avenue
Chicago, IL 60604

2. Article Number (Transfer): 7008 0500 0000 2831 8664

PS Form 3811, February 2004    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [signature] — ☒ Agent ☐ Addressee
B. Received by (Printed Name): [name]
C. Date of Delivery:
D. Is delivery address different from item 1? Yes / No
3. Service Type: ☒ Certified Mail ☐ Registered ☐ Insured Mail ☐ Express Mail ☐ Return Receipt for Merchandise ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes
102595-02-M-1540

**Card 4 (bottom right):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Deputy U.S. Marshals
c/o U.S. Attorney, Northern District
Illinois Civil Process Clerk
219 South Dearborn Street, 5th Floor
Chicago, IL 60604

2. Article Num (Transfer from service label): 7008 0500 0000 2841 0832

PS Form 3811, February 2004    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [signature] — ☒ Agent ☐ Addressee
B. Received by (Printed Name): [name]
C. Date of Delivery: 3/27/08
D. Is delivery address different from item 1? Yes / No
3. Service Type: ☒ Certified Mail ☐ Registered ☐ Insured Mail ☐ Express Mail ☐ Return Receipt for Merchandise ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes
102595-02-M-1540