AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

LAMAR C. CHAPMAN III,

          Plaintiff

-vs-

THE UNITED STATES MARSHAL, for the NORTHERN DISTRICT OF ILLINOIS; KIM WIDUP, *in his individual and official capacity*; GARTH G. REHBERG, a/k/a *"The Hammer" in his individual and official capacity*; UNKNOWN DEPUTY MARSHALS for the UNITED STATES MARSHAL GREAT LAKES FUGITIVE RECOVERY UNIT; DAVID PEARLMAN; MICHELE UTHE; and J. RUSSELL GEORGE, *in their individual capacity*,

          *Defendants.*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07-cv-06531

ASSIGNED JUDGE: Ruben Castillo

DESIGNATED MAGISTRATE JUDGE: Sidney I. Schenkier

TO: Melody Waldron c/o United States Attorney General *via* Certified Mail
United States Attorney – Civil Process Clerk
950 Pennsylvania Avenue, NW
Washington, DC 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Lamar C. Chapman III, *Solo Fides*
    Alexander, Cavanaugh & Block, LLC
    1314 Kensington Road
    Post Office Box 5232
    Oak Brook, IL 60523-5232

an answer to the complaint which is herewith served upon you within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE: MAY 14 2008

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    *Date*                   *Signature of Server*

                                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.


**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7008 0500 0000 2841 0832
Status: **Delivered**

Your item was delivered at 7:36 AM on May 27, 2008 in CHICAGO, IL 60604.

*Additional Details >*    *Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

FILED
Jun 12, 2008
JUN 1 2 2008 YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm   FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7008 0500 0000 2841 0832
Detailed Results:

- Delivered, May 27, 2008, 7:36 am, CHICAGO, IL 60604
- Arrival at Unit, May 24, 2008, 6:43 am, CHICAGO, IL 60604
- Acceptance, May 21, 2008, 5:24 pm, HINSDALE, IL 60521

« Back    Return to USPS.com Home »

**Track & Confirm**
Enter Label/Receipt Number.

Go »

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go »

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7008 0500 0000 2839 3647**
Status: **Delivered**

Your item was delivered at 5:02 AM on June 2, 2008 in WASHINGTON, DC 20530.

Additional Details >    Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    6/3/2008



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7008 0500 0000 2839 3647
Detailed Results:

- Delivered, June 02, 2008, 5:02 am, WASHINGTON, DC 20530
- Notice Left, June 01, 2008, 7:10 am, WASHINGTON, DC 20530
- Arrival at Unit, June 01, 2008, 12:27 am, WASHINGTON, DC 20022
- Acceptance, May 21, 2008, 5:23 pm, HINSDALE, IL 60521

**Track & Confirm**
Enter Label/Receipt Number.

Go >

< Back    Return to USPS.com Home >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA    

Four USPS Domestic Return Receipt (PS Form 3811) cards, addressed as follows:

**Card 1:** United States Marshal, For the Northern District of Illinois, C/O U.S. Attorney's Office, 219 South Dearborn Avenue, Chicago, IL 60604. Article Number: 7006 0810 0005 3049 1905.

**Card 2:** United States Marshal, For the Northern District of Illinois, C/O Attorney General's Office, 10th and Constitution, Washington, DC 20530. Article Number: 7006 0810 0005 3049 1912.

**Card 3:** U.S. Marshal – Norther District of Illinois, C/O U.S. Attorney's Office, McKinley Dirksen Federal Building, 219 South Dearborn Avenue, Chicago, IL 60604. Article Number: 7008 0500 0000 2831 8664.

**Card 4:** Deputy U.S. Marshals, c/o U.S. Attorney, Northern District Illinois Civil Process Clerk, 219 South Dearborn Street, 5th Floor, Chicago, IL 60604. Article Number: 7008 0500 0000 2841 0832.