UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAMAR C. CHAPMAN III, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6531 |
| | ) | |
| v. | ) | |
| UNITED STATES MARSHAL for the | ) | Judge Castillo |
| Northern District of Illinois; *et al,* | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Lamar C. Chapman, III
      1314 Kensington Road
      Post Office Box 5232
      Oak Brook, IL 60523-5232

PLEASE TAKE NOTICE that on **Tuesday, June 24, 2008,** at **9:45 a.m.**, I will appear before **Judge Castillo** in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **Defendants' Motion to Substitute and Dismiss,** at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s Jonathan C. Haile
    JONATHAN C. HAILE
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois  60604
    (312) 886-2055
    jonathan.haile@usdoj.gov

**CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**NOTICE OF MOTION**

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on June 16, 2008 to the following non-ECF filers:

    Lamar C. Chapman, III
    1314 Kensington Road
    Post Office Box 5232
    Oak Brook, IL 60523-5232

                                            By:  s/ Jonathan C. Haile
                                                  JONATHAN C. HAILE
                                                  Assistant United States Attorney
                                                  219 South Dearborn Street
                                                  Chicago, Illinois 60604
                                                  (312) 886-2055
                                                  jonathan.haile@usdoj.gov