**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Lamar C Chapman III

               Plaintiff,

v.                  Case No.: 1:07−cv−06531

                  Honorable Ruben Castillo

United States Marshal for the Northern District of Illinois, et al.

               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

  MINUTE entry before the Honorable Ruben Castillo:Motion hearing held on 6/18/2008. Plaintiff's motion to compel defendants to respond to discovery, to submit to depositions, and motion for sanctions [40] is denied without prejudice. Plaintiff&#039;s response to defendants' motion to substitute and dismiss [44] is due on or before 7/16/2008. Defendants' reply will be due on or before 8/6/2008. The Court will rule by mail. Status hearing set for 6/19/2008 and motion hearing set for 6/24/2008 are vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.