# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LAMAR C. CHAPMAN III, | Case Number 1:07-cv-06531 |
| *Plaintiff,* | |
| -vs- | Honorable Ruben Castillo, *Judge Presiding* |
| THE UNITED STATES MARSHAL, for the NORTHERN DISTRICT OF ILLINOIS; KIM WIDUP, *in his individual and official capacity*; GARTH G. REHBERG, a/k/a "The Hammer" *in his individual and official capacity*; UNKNOWN DEPUTY MARSHALS for the UNITED STATES MARSHAL GREAT LAKES FUGITIVE RECOVERY UNIT; DAVID PEARLMAN; MICHELE UTHE; *and* J. RUSSELL GEORGE, *in their individual capacity,* | Honorable Sidney I. Schenkier *United States Magistrate* |
| | *Civil Rights Lawsuit* 42 United States Code Sections, 1983, 1988, *et al.* |
| | Previous Case Number: 07-cv-2174 |
| *Defendants.* | |

FILED

AUG 2 2 2008 TC

AuG 22 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR DEFAULT ORDER

*NOW COMES PLAINTIFF*, Lamar C. Chapman III, Non-Attorney, Non-Lawyer, *Pro Se,* and pursuant to Rule 55 (a), *et seq.*, of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court for a Default Order entered against defaulted Defendants, Clark Marquez; Margetet Walden; Melody Waldon; Sean O'Neal; and Yvette Pearson, as sued in their individual capacity. And in support of this Motion, Plaintiff states as follows:

1. On April 9, 2007, the unrepresented Plaintiff filed with the Clerk of the Court a multi-count verified civil rights lawsuit to redress the blatant violation of the Fourth Amendment of the United States Constitution, U.S.C.A., Amend 4th.

2. On or about April 16, 2007, the unrepresented Plaintiff mailed to each Defendant the required Notice, Copy of Plaintiff's Verified Complaint; and Request for Waiver of Service of Summons.

4

3. Each Defendant failed and refused to Waive Service of Summons.

4. On or about May 16, 2007, this Honorable Court summarily and *sua sponte,* dismissed the Plaintiff's civil rights lawsuit because it appeared that the Defendants were protected by qualified immunity and that the Plaintiff failed to get permission of the Executive Committee of this Court to file this lawsuit.

5. On or about October 16, 2007, this Honorable Court denied Plaintiff's May 18, 2007, Motion for Reconsideration.

6. On or about November 13, 2007, the Executive Committee of the United States District Court, Honorable James F. Holderman, Chief Judge Presiding, entered the order of the Executive Committee granting the unrepresented Plaintiff leave to file the above-captioned Verified Civil Rights lawsuit.

7. On November 20, 2007, the Clerk of the Court re-instated the above-captioned lawsuit and on December 22, 2008, this Honorable Court granted the unrepresented Plaintiff's Motion to Issue the Summons of the Court.

8. On May 27, 2008, Defendants Clark Marquez; Margaret Walden; Melody Waldon; Sean O'Neal; and Yvette Pearson were served with the Summons of the Court and a copy of Plaintiff Verified Civil Rights Complaint.

9. Defendants' answers and appearances were due on or before July 28, 2008. With full knowledge of the pending civil rights litigation Defendants have intentionally failed to acknowledge any correspondence from the Plaintiff and have failed to obey the Federal Rules of Civil Procedure and to appear, answer or plead.

10. Rule 55 of the Federal Rules of Civil Procedure provides in relevant and verbatim parts:

> **Rule 55.   Default**
>
> (a) Entry. When a party against whom a judgment for affirmative

5

relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

11. The Defendants have intentionally delayed this Honorable Court and the unrepresented Plaintiff and a default order is duly warranted as a matter of well-settled law. *See, true and correct copies of the Official Docket of the Clerk of the Court, attached hereto and made a part hereof as* **Exhibit Group, A**

*WHEREFORE*, Lamar C. Chapman III, Non-Attorney, Non-Lawyer, Plaintiff, *Pro Se*, respectfully prays for an Order of Default and to have this part of the defaulted proceedings transferred to the Honorable Sidney I. Schenkier, Magistrate Judge for prove-up; and for such further relief that is morally and lawfully warranted considered the foregoing. GOD BLESS AMERICA – GOD SAVE THIS COURT.

*Very Respectfully Submitted,*

_____
LAMAR C. CHAPMAN III, Plaintiff, *Pro Se*

**DATED: August 22, 2008**

Non-Attorney, Non-Lawyer
Plaintiff, *Pro Se*
LAMAR C. CHAPMAN III, *Solo Fides*
Alexander, Cavanaugh & Block, LLC
1314 Kensington Road
Post Office Box 5232
Oak Brook, IL 60523-5232
Telephone (630) 881-1936
Email: lasallecompanies@aol.com

6

# PLAINTIFF'S EXHIBIT GROUP, A

REOPEN, SCHENKIER

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:07-cv-06531

Chapman et al v. US Marshals for the Northern District of IL, et al,
Assigned to: Honorable Ruben Castillo
Cause: 42:1983 Civil Rights Act

Date Filed: 04/19/2007
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Lamar C Chapman, III**   represented by   **Lamar C Chapman, III**
1314 Kensington Road
Post Office Box 5232
Oak Brook, Il 60523-5232
(630)881-1936
PRO SE

V.

**Defendant**

**United States Marshal for the Northern District of Illinois**   represented by   **Jonathan C. Haile**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: jonathan.haile@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                   **AUSA**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: USAILN.ECFAUSA@usdoj.gov

*ATTORNEY TO BE NOTICED*

**Defendant**

**Kim Widup**
*in his individual and official capacity,*

represented by **Jonathan C. Haile**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Garth G. Rehberg**
*in his individual and official capacity,*
*also known as*
"The Hammer"

represented by **Jonathan C. Haile**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Unknown Deputy Marshals for the United States Marshal Great Lakes Fugitive Recovery Unit**

represented by **Jonathan C. Haile**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Pearlman**

represented by **Jonathan C. Haile**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Michele Uthe** | represented by | **Jonathan C. Haile**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **J. Russell George**<br>*in their individual capacity,* | represented by | **Jonathan C. Haile**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**
**Sean O'Neal**

**Defendant**
**Margaret Walden**

**Defendant**
**Melody Waldron**

**Defendant**
**Paul Banos**

**Defendant**
**Clark Marquez**

**Defendant**
**Yvette Pearson**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2007 | 1 | RECEIVED Verified Complaint and no copies by Lamar C Chapman, III, (Exhibit); Notice. (ar, ) (Entered: 11/20/2007) |
| 11/28/2007 | 2 | MINUTE entry before Judge Ruben Castillo :This lawsuit appears to be a refiling of lawsuit 07 C 2174 which was dismissed by this Court on 5/16/2007. This case is hereby |

|            |   |                                                                                                                                                                                                                                                                                                                                                                                 |
|------------|---|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |   | dismissed without prejudice until Plaintiff files a written statement which details how he has complied with the prior rulings of this Court. Mailed notice (rao, ) (Entered: 11/28/2007)                                                                                                                                                                                        |
| 01/02/2008 | 3 | MOTION by Plaintiff Lamar C Chapman, III to Reinstate Above-Captioned Lawsuit or in the Alternative Verified Advisement of Compliance with Ruling of the Court (Exhibits) (mb, ) (Entered: 01/04/2008)                                                                                                                                                                            |
| 01/02/2008 | 4 | NOTICE of Motion by Lamar C Chapman, III for presentment of motion to Reinstate 3 before Honorable Ruben Castillo on 1/15/2008 at 09:45 AM. (mb, ) (Entered: 01/04/2008)                                                                                                                                                                                                          |
| 01/15/2008 | 5 | MINUTE entry before Judge Ruben Castillo : Motion hearing held on 1/15/2008. Plaintiff's pro se motion to reinstate above-captioned lawsuit or in the alternative verified advisement of compliance with ruling of the court 3 is granted. Plaintiff is directed to immediately serve the complaint. Parties to file a joint status report on or before 2/15/2008. The Court will hold a status hearing in open court on 2/21/2008 at 9:30 a.m. Mailed notice (ar, ) (Entered: 01/17/2008) |
| 01/15/2008 | 6 | VERIFIED Complaint filed by Plaintiff Lamar C Chapman, III (Exhibit). Jury Demand. (ar, ) (Entered: 01/17/2008)                                                                                                                                                                                                                                                                  |
| 01/17/2008 |   | SUMMONSES Issued, three originals and three copies, as to United States Marshal for the Northern District of Illinois, U.S. Attorney, and U.S. Attorney General. Mailed to plaintiff via first class mail. (ar, ) Modified on 1/17/2008 (ar, ). (Entered: 01/17/2008)                                                                                                             |
| 01/17/2008 |   | SUMMONSES Issued, five originals and five copies, as to Defendants Michele Uthe, J. Russell George, Kim Widup, Garth G. Rehberg, David Pearlman. Mailed to plaintiff via first class mail. (ar, ) (Entered: 01/17/2008)                                                                                                                                                           |
| 01/18/2008 | 7 | MOTION by Plaintiff Lamar C Chapman, IIIto issue the                                                                                                                                                                                                                                                                                                                              |

|            |    |                                                                                                                                                                                                                                                               |
|------------|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | summons of the court (Exhibits). (ar, ) (Entered: 01/22/2008)                                                                                                                                                                                                 |
| 01/18/2008 | 8  | NOTICE of Motion by Plaintiff Lamar C Chapman, III for presentment of his motion to issue summons of the court 7 before Honorable Ruben Castillo on 1/23/2007 at 09:45 AM. (ar, ) (Entered: 01/22/2008)                                                       |
| 01/22/2008 | 9  | MINUTE entry before Judge Ruben Castillo : Plaintiff's motion to issue the summons of the Court 7 is granted. The Clerk of Court is directed to issue summons as to all defendants. Mailed notice (ar, ) Modified on 1/22/2008 (ar, ). (Entered: 01/22/2008) |
| 01/31/2008 | 10 | SUMMONS Returned Executed as to United States Marshal for the Northern District of Illinois, served on 1/30/2008, answer due 3/31/2008. (ar, ) Modified on 2/3/2008 (ar, ). Modified on 2/3/2008 (ar, ). (Entered: 02/03/2008)                                |
| 01/31/2008 | 11 | SUMMONS Returned Executed as to Kim Widup served on 1/30/2008, answer due 3/31/2008. (ar, ) (Entered: 02/03/2008)                                                                                                                                             |
| 01/31/2008 | 12 | SUMMONS Returned Executed as to Garth G. Rehberg served on 1/30/2008, answer due 3/31/2008. (ar, ) Modified on 2/3/2008 (ar, ). (Entered: 02/03/2008)                                                                                                         |
| 01/31/2008 | 13 | SUMMONS Returned Executed as to David Pearlman served on 1/30/2008, answer due 3/31/2008. (ar, ) (Entered: 02/03/2008)                                                                                                                                        |
| 01/31/2008 | 14 | SUMMONS Returned Executed as to Michele Uthe served on 1/30/2008, answer due 3/31/2008. (ar, ) (Entered: 02/03/2008)                                                                                                                                          |
| 01/31/2008 | 15 | SUMMONS Returned Executed as to J. Russell George served on 1/30/2008, answer due 3/31/2008. (ar, ) (Entered: 02/03/2008)                                                                                                                                     |
| 01/31/2008 | 16 | SUMMONS Returned Executed on 01/30/08 as to the US Marshals' Office for the Northern District of Illinois, c/o                                                                                                                                                |

| | | US Attorney. (ar, ) (Entered: 02/03/2008) |
|---|---|---|
| 01/31/2008 | 17 | SUMMONS Returned Executed on 01/30/08 as to United States Marshal for the Northern District of Illinois, c/o US Attorney's Office.(ar, ) (Entered: 02/03/2008) |
| 02/12/2008 | 19 | PROPOSED Intiial Status Report by Plaintiff Lamar C Chapman, III; Notice. (ar, ) (Entered: 02/13/2008) |
| 02/13/2008 | 18 | MINUTE entry before Judge Ruben Castillo :The status hearing set for 2/21/2008 will begin at 9:00 AM.Mailed notice (rao, ) (Entered: 02/13/2008) |
| 02/21/2008 | 20 | MINUTE entry before Judge Ruben Castillo :Status hearing held on 2/21/2008 and continued to 4/1/2008 at 9:00 a.m. Plaintiff appeared pro se. Plaintiff indicated that he has served all defendants and made the required Rule 26(a) disclosure to defendants. All defendants to make a Rule 26(a)(1) disclosure to plaintiff by 3/31/2008. All discovery to be completed on or before 6/30/2008. Any dispositive motions are to be filed on or before 7/30/2008. Mailed notice (rao, ) (Entered: 02/21/2008) |
| 02/27/2008 | 21 | MOTION by Plaintiff Lamar C Chapman, III, for default order pursuant to Rule 55 (Exhibits). (Poor Quality Original - Paper Document on File.) (ar, ) (Entered: 02/28/2008) |
| 02/27/2008 | 22 | NOTICE of Motion by Plaintiff Lamar C Chapman, III, for presentment of his motion for default order pursuant to Rule 55 21 before Honorable Ruben Castillo on 3/5/2008 at 09:45 AM. (ar, ) (Entered: 02/28/2008) |
| 02/28/2008 | 23 | MINUTE entry before Judge Ruben Castillo :The Court will hear Plaintiff's pro se motion for default order 21 on 3/5/2008 at 9:15 AM.Mailed notice (rao, ) (Entered: 02/28/2008) |
| 03/05/2008 | 24 | MINUTE entry before Judge Ruben Castillo :Motion hearing held on 3/5/2008. Plaintiff's motion for default 21 is entered and continued to 4/22/2008. Defendants to |

|  |  | answer or otherwise plead to the complaint by 4/11/2008. Status hearing reset to 4/22/2008 at 9:30 AM. Status hearing set for 4/1/2008 is vacated. Mailed notice (rao, ) (Entered: 03/05/2008) |
|---|---|---|
| 03/21/2008 | 25 | DESIGNATION of Jonathan C. Haile as U.S. Attorney for Defendants Michele Uthe, J. Russell George, United States Marshal for the Northern District of Illinois, Kim Widup, Garth G. Rehberg, Unknown Deputy Marshals for the United States Marshal Great Lakes Fugitive Recovery Unit, David Pearlman (Haile, Jonathan) (Entered: 03/21/2008) |
| 04/11/2008 | 26 | MOTION by Defendants Michele Uthe, J. Russell George, United States Marshal for the Northern District of Illinois, Kim Widup, Garth G. Rehberg, Unknown Deputy Marshals for the United States Marshal Great Lakes Fugitive Recovery Unit, David Pearlman to dismiss *for failure of service of process and lack of personal jurisdiction* (Attachments: # 1 Exhibit A and B)(Haile, Jonathan) (Entered: 04/11/2008) |
| 04/11/2008 | 27 | NOTICE of Motion by Jonathan C. Haile for presentment of motion to dismiss, 26 before Honorable Ruben Castillo on 4/22/2008 at 09:30 AM. (Haile, Jonathan) (Entered: 04/11/2008) |
| 04/15/2008 | 28 | TRANSCRIPT of proceedings for the following dates: 03/05/08 before the Honorable Honorable Ruben Castillo. (ar, ) (Entered: 04/16/2008) |
| 04/22/2008 | 29 | MINUTE entry before Judge Honorable Ruben Castillo:Status hearing held on 4/22/2008 and continued to 6/19/2008 at 9:45 a.m. Plaintiff's motion for default 21 is denied. Defendants' motion to dismiss 26 is denied without prejudice. Mailed notice (rao, ) (Entered: 04/22/2008) |
| 04/30/2008 | 30 | MOTION by Plaintiff Lamar C Chapman, III, for leave to file first amended complaint instanter (Exhibits); Notice. |

| | | |
|---|---|---|
| | | (ar, ). (Poor quality original. Paper document on file.) Modified on 5/1/2008 (ar, ). (Entered: 04/30/2008) |
| 04/30/2008 | 31 | NOTICE of Motion by Plaintiff Lamar C Chapman, III, for presentment of his motion for leave to file first amended complaint instanter 30 before Honorable Ruben Castillo on 5/6/2008 at 09:45 AM. (ar, ) (Entered: 04/30/2008) |
| 04/30/2008 | 32 | SUMMONSES Returned Executed as to Defendants Michele Uthe, J. Russell George, United States Marshal for the Northern District of Illinois, Kim Widup, Garth G. Rehberg, David Pearlman, and the US Attorney's Office, served on 4/15/2008, answers due 6/16/2008 (Exhibits). (ar, ) (Entered: 05/02/2008) |
| 05/06/2008 | 33 | MINUTE entry before Judge Honorable Ruben Castillo: Motion hearing held on 5/6/08 30 . Plaintiffs pro se motion for leave to file first amended complaint instanter 30 is granted. Plaintiff's request for a twenty-one day extension to effectuate service of summons is granted. Mailed notice (ar, ) (Entered: 05/07/2008) |
| 05/06/2008 | 34 | FIRST AMENDED complaint by Lamar C Chapman, III against all defendants. Notice.(Exhibits) (kj, ) (Entered: 05/08/2008) |
| 05/09/2008 | 35 | MOTION by Plaintiff Lamar C Chapman, III, to issue summons of the court (Exhibit); Notice of filing. (ar, ) Modified on 5/12/2008 (ar, ). (Entered: 05/12/2008) |
| 05/09/2008 | 36 | NOTICE of Motion by Lamar C Chapman, III, for presentment of his motion to issue summons of the Court 35 before Honorable Ruben Castillo on 5/14/2008 at 09:45 AM. (ar, ) (Entered: 05/12/2008) |
| 05/14/2008 | 37 | MINUTE entry before Judge Honorable Ruben Castillo: Motion hearing held on 5/14/2008. Plaintiff's motion to issue the summons of the court 35 is granted. The Clerk of the Court is ordered to issue the summons prepared by Plaintiff. Plaintiff is give twenty-one days from this date |

| | | |
|---|---|---|
| | | for the service of summons. Mailed notice (ar, ) Modified on 5/15/2008 (ar, ). (Entered: 05/15/2008) |
| 05/14/2008 | 38 | SUMMONS Issued, original and one copy, as to Paul Banos, DUSM, c/o US Attorney, General. (ar, ) (Entered: 05/15/2008) |
| 06/11/2008 | 40 | MOTION by Plaintiff Lamar C Chapman, III, to compel Defendants to respond to discovery, to submit to depositions, and motion for sanctions (Exhibits). (ar, ). (Poor quality original. Paper document on file.) Modified on 6/20/2008 (ar, ). (Entered: 06/12/2008) |
| 06/11/2008 | 41 | NOTICE of Motion by Plaintiff for presentment of his motion to compel Defendants to respond to discovery, to submit to depositions and motion for sanctions 40 before Honorable Ruben Castillo on 6/18/2008 at 09:45 AM. (ar, ) Modified on 6/12/2008 (ar, ). (Entered: 06/12/2008) |
| 06/12/2008 | 39 | TRANSCRIPT OF PROCEEDINGS held on 4/22/08 before the Honorable Ruben Castillo. Court Reporter Contact Information: Kathleen M. Fennell, 312-435-5569, Kathleen_Fennell@ilnd.uscourts.gov.<br><br>**IMPORTANT:Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov. Under Quick Links select Electronic Transcript Procedures.**<br><br>Redaction Request due 7/3/2008. Redacted Transcript Deadline set for 7/14/2008. Release of Transcript Restriction set for 9/10/2008. (Fennell, Kathleen) (Entered: 06/12/2008) |
| 06/12/2008 | 42 | SUMMONS Returned Executed by Plaintiff Lamar C Chapman, III, as to Defendant Paul Banos served on |

| | | |
|---|---|---|
| | | 5/27/2008, answer due 7/28/2008 (Exhibit). (ar, ) (Entered: 06/16/2008) |
| 06/12/2008 | 43 | SUMMONS Returned Executed by Plaintiff Lamar C Chapman, III, as to Defendant Clark Marquez served on 5/27/2008, answer due 7/28/2008 (Exhibits). (ar, ) (Entered: 06/16/2008) |
| 06/12/2008 | 45 | SUMMONS Returned Executed by Plaintiff Lamar C Chapman, III, as to Defendant Margaret Walden served on 5/27/2008, answer due 7/28/2008 (Exhibits). (ar, ) (Entered: 06/16/2008) |
| 06/12/2008 | 46 | SUMMONS Returned Executed by Plaintiff Lamar C Chapman, III, as to Defendant Melody Waldron served on 5/27/2008, answer due 7/28/2008 (Exhibits). (ar, ) (Entered: 06/16/2008) |
| 06/12/2008 | 47 | SUMMONS Returned Executed by Plaintiff Lamar C Chapman, III, as to Defendant Sean O'Neal served on 5/27/2008, answer due 7/28/2008 (Exhibits). (ar, ) (Entered: 06/16/2008) |
| 06/12/2008 | 48 | SUMMONS Returned Executed by Lamar C Chapman, III, as to Yvette Pearson served on 5/27/2008, answer due 7/28/2008 (Exhibits). (ar, ) (Entered: 06/16/2008) |
| 06/16/2008 | 44 | MOTION by Defendants Michele Uthe, J. Russell George, United States Marshal for the Northern District of Illinois, Kim Widup, Garth G. Rehberg, David Pearlman to dismiss *(substitute and dismiss)* (Haile, Jonathan) (Entered: 06/16/2008) |
| 06/16/2008 | 49 | MEMORANDUM by Michele Uthe, J. Russell George, United States Marshal for the Northern District of Illinois, Kim Widup, Garth G. Rehberg, David Pearlman in support of motion to dismiss 44 (Attachments: # 1 Exhibit 1 - 5)(Haile, Jonathan) (Entered: 06/16/2008) |
| 06/16/2008 | 50 | NOTICE of Motion by Jonathan C. Haile for presentment of motion to dismiss 44 before Honorable Ruben Castillo |

| | | |
|---|---|---|
| | | on 6/24/2008 at 09:45 AM. (Haile, Jonathan) (Entered: 06/16/2008) |
| 06/18/2008 | 51 | MINUTE entry before the Honorable Ruben Castillo:Motion hearing held on 6/18/2008. Plaintiff's motion to compel defendants to respond to discovery, to submit to depositions, and motion for sanctions 40 is denied without prejudice. Plaintiff's response to defendants' motion to substitute and dismiss 44 is due on or before 7/16/2008. Defendants' reply will be due on or before 8/6/2008. The Court will rule by mail. Status hearing set for 6/19/2008 and motion hearing set for 6/24/2008 are vacated.Mailed notice (rao, ) (Entered: 06/18/2008) |
| 07/16/2008 | 52 | RESPONSE by Plaintiff to Defendants' renewed motion to dismiss (Exhibits); Notice 44 . (ar, ). (Poor quality original. Paper document on file.) Modified on 7/21/2008 (ar, ). (Entered: 07/17/2008) |
| 07/31/2008 | 53 | REPLY by Defendants Michele Uthe, J. Russell George, United States Marshal for the Northern District of Illinois, Kim Widup, Garth G. Rehberg, David Pearlman *memorandum in support of defendants' motion to substitute and dismiss* (Haile, Jonathan) (Entered: 07/31/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/22/2008 12:43:19 | | | |
| PACER Login: | cl0914 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:07-cv-06531 |
| Billable Pages: | 5 | Cost: | 0.40 |