**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Lamar C Chapman III

                                Plaintiff,

v.                                         Case No.: 1:07−cv−06531

                                           Honorable Ruben Castillo

United States Marshal for the Northern District of Illinois, et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 16, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Motion hearing held on 9/16/2008. Plaintiff's motion for default order [54] is entered and continued until the Court rules on the pending motion to dismiss. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.